**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kenneth**<br>First name<br><br>**William**<br>Middle name<br><br>**Dunphy**<br>Last name and Suffix (Sr., Jr., II, III) | **Linda**<br>First name<br><br>**Marie**<br>Middle name<br><br>**Dunphy**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business* as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **AKA Kenneth W Dunphy** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5253 | xxx-xx-5474 |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.** **Where you live**

About Debtor 1:

**3483 E Slippery Rock Drive**
**Vail, AZ 85641**
Number, Street, City, State & ZIP Code

**Pima**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☒ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.**  **Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13.**  **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.**  **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

**Part 5:**  Explain Your Efforts to Receive a Briefing About Credit Counseling

| | | |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐   $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10  million
☒ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐   $1,000,000,001 - $10 billion
☐   $10,000,000,001 - $50 billion
☐   More than $50 billion

---

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kenneth William Dunphy**

**Kenneth William Dunphy**

Signature of Debtor 1

**kendunphyaz@gmail.com**

Email Address of Debtor 1

Executed on    **August 29, 2024**

MM / DD / YYYY

**/s/ Linda Marie Dunphy**

**Linda Marie Dunphy**

Signature of Debtor 2

**lindadunphy@gmail.com**

Email Address of Debtor 2

Executed on    **August 29, 2024**

MM / DD / YYYY

| Debtor 1 | **Kenneth William Dunphy** | | |
|---|---|---|---|
| Debtor 2 | **Linda Marie Dunphy** | Case number *(if known)* | |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Stephen Trezza**
Signature of Attorney for Debtor

Date    **August 29, 2024**
MM / DD / YYYY

**Stephen Trezza 014682**
Printed name

**Trezza Law**
Firm name

**4011 E. Broadway Blvd. #200**
**Tucson, AZ 85711**
Number, Street, City, State & ZIP Code

Contact phone  **(520) 327-4800**    Email address  **attorney7335@gmail.com**

**014682 AZ**
Bar number & State

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 7

| Debtor 1 | **Kenneth William Dunphy** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Linda Marie Dunphy** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $ 520,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................ | $ 42,263.25 |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $ 562,263.25 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 286,456.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 3,077.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 34,297,380.11 |
| **Your total liabilities** | $ 34,586,913.11 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ 3,309.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 4,928.71 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

  ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ☒ Yes

7. **What kind of debt do you have?**

  ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Kenneth William Dunphy**

Debtor 2   **Linda Marie Dunphy**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **2,155.36**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **3,077.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **3,077.00** |

| | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Linda Marie Dunphy** |
| (Spouse, if filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

**3483 E Slippery Rock Dr**
Street address, if available, or other description

**Vail**          **AZ**     **85641**
City              State      ZIP Code

**Pima**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Acquired more than 1215 days ago**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$520,000.00** | **$520,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

| |
|---|
| **$520,000.00** |

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

---

| 3.1 | Make: | **Mazda** |
|---|---|---|
| | Model: | **CX5 Grand Touring** |
| | Year: | **2014** |
| | Approximate mileage: | **110000** |
| | Other information: | |

**Acquired January 2014**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,300.00**

Current value of the portion you own? **$8,300.00**

---

| 3.2 | Make: | **Kia** |
|---|---|---|
| | Model: | **Sorento SX** |
| | Year: | **2016** |
| | Approximate mileage: | **86000** |
| | Other information: | |

**Acquired January 2016**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$10,050.00**

Current value of the portion you own? **$10,050.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>    **$18,350.00**

---

**Part 3:**   Describe Your Personal and   Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes.   Describe.....

**All dishes, glassware, cutlery, pots and pans $1037.50
All kitchen appliances including stove, refrigerator, microwave oven, dish washer, and other small appliances $2166
Table & chairs $1121
All bedroom furniture including all beds, linens, bed frames, nightstands, dressers etc. $463.75
All living room furniture including all couches, chairs, end tables, coffee table, entertainment centers, lamps etc. $540
All other furniture including desks, cabinets, hutch, bookshelves, rugs, etc. $6947
All household electronics including TVs, washer/dryer, mobile phones, gaming consoles, music listening devices, movie watching devices, vacuum cleaner etc. $2375
Wall decorations $2324     Window coverings $200**

**$17,174.25**

**Dell Precision T7610 Workstation (Windows 10) $260 , 2 bicycles $100**

**$360.00**

---

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document     Page 11 of 106

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☒ Yes. Describe.....

| |
|---|
| **(2) Echo Shows $100.00** |
| **Night Vision Monocular $50.00** |
| **Microsoft Surface Pro (early model) $25.00** |
| **Asus Windows 7 Laptop - G55V Series $120.00** |
| **3 flat screen monitors $84** |
| **HP printer $30** |

$409.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☒ Yes. Describe.....

| |
|---|
| **(3) Sean Miller Era team-signed basketballs $300** |
| **(2) 2001 World Series Beanie Babies $20.00** |
| **(12) Assorted D-Backs Bobbleheads (unsigned) $120.00** |
| **Salim Stoudamire signed Arizona basketball jersey $50.00** |
| **1963 $2 bill $8.00** |
| **(5) 1957 $1 Silver Certificates $20.00** |
| **1935 $1 Silver Certificates** |
| **Box of 36 count 1991 Donruss Series basketball cards (some unopened packs) $36.00** |
| **Assorted basketball cards from the mid 1980's (ungraded) $100.00** |

$658.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☒ Yes. Describe.....

| |
|---|
| **Nordic Track Treadmill $300** |
| **Teeter Hang-Ups Inversion table $100** |
| **Schwinn stationary bike $100** |
| **Golf clubs and bag $35.00** |

$535.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☒ Yes. Describe.....

| |
|---|
| **Wearing Apparel** |

$685.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☒ Yes. Describe.....

| |
|---|
| **1/2 carat diamond wedding/ engagement ring $800** |
| **Men's gold wedding band $100** |

$900.00

| |
|---|
| **1982 14k gold High School class ring $200.00** |
| **1985 10k gold High School class ring $100.00** |
| **Assorted costume jewelry $100.00** |
| **diamond accent heart shape earrings $120.00** |

$520.00

| |
|---|
| **Fossil smart watch (5th gen) $50.00** |

$50.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

13.  **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ☒ No
     ☐ Yes.   Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
     ☒ No
     ☐ Yes.   Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
     for Part 3. Write that number here ............................................................................     | **$21,291.25** |

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☒ No
     ☐ Yes...................................................................................................

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
     institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ☒ Yes........................                               Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Savings** | **PNC Bank, xxxx0263** | **$0.00** |
| 17.2. | **Checking** | **PNC Bank, xxxx0255** | **$5.00** |
| 17.3. | **Checking** | **PNC Bank, xxxx0247** | **$126.00** |
| 17.4. | **Checking** | **PNC Bank, xxxx0204** | **$368.00** |
| 17.5. | **Savings** | **PNC Bank, xxxx0212** | **$0.00** |
| 17.6. | **Savings** | **PNC Bank, xxxx0239** | **$0.00** |
| 17.7. | **Checking** | **Pacific Premier Bank, Sundland Home LLC, xxxx0482** | **$92.00** |
| 17.8. | **Savings** | **PNC Bank, Business, xxxx1979** | **$0.00** |
| 17.9. | **Checking** | **PNC Bank, Business, xxxx1952** | **$0.00** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy
Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document    Page 13 of 106

| | 17.10. | **Checking** | **PNC Bank, Business, xxxx1944** | | **$93.00** |
|---|---|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.    Give specific information about them...................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | **Domain names owned by Debtor. See Attached. Willing to turnover.** | **%** | **Unknown** |
| | **In 2017, as a hobby debtor 1 began designing and crafting light metal home decor. Since the closure of his business he is attempting to make this a viable business as   Kenneth Dunphy, sole proprietor.    He uses the trade name Cold Nose Creations and sells items online on Etsy. He does not maintain any inventory and very little raw materials. He only makes an item when an order is received.** | | |
| | **Tools of trade (purchased with personal funds):** **Laminated Corner Desk (worn) $50** **Matching Laminated Lateral File $50** **Computer Chair $40** **Shop-vac (well used) $30** **Two 7ft Rolling Wire Racks $80** **Two Rolling Tool Cabinets $150** **DeWalt Angle Grinder $40** **DeWalt Drill and Driver Set $100** **Black and Decker Bench Grinder $40** **Two Metal Top Work Benches $240** **3 x Work Gloves (cut-resistant, leather, latex) $30** **4 x Pliers $40** **Hearing Protection $10** **2 x Hammers $20** **Safety Goggles $5** **Canvas Apron $15** | **%** | **$940.00** |

**Sunland Imports LLC, entity # L09744368 was formed January 3, 2001. Articles of Amendment were filed Aug. 28, 2002 changing the name to Sunland Home LLC. The name was changed because the entity stopped importing goods. The business was primarily an online retail store. Debtor would purchase merchandise, mark it up, and then resell it. Merchandise was sold on Amazon. Etsy,   Shopify and their own website at sunlandhomedecor.com.   The office and warehouse was located at 3657 E 44th Street, Tucson, AZ. The lease was successfully terminated and the debtors vacated January 2024.   See attached list of remaining inventory, and a separate list of tools, equipment and furniture currently stored at debtor's residence. Determining a value is difficult. The attachment includes the cost of each item along with a retail listing price. See SOFA 18 for a list of items sold since Jan. 2024 with the last item being sold in July 2024. This business is now defunct.**                    %                    **Unknown**

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ☒ No
     ☐ Yes. Give specific information about them
                        Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ☒ Yes. List each account separately.
                        Type of account:              Institution name:
                        **401(k)**                     **Geico 401 K**                                        **$988.00**

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ☒ No
     ☐ Yes. .....................      Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ☒ No
     ☐ Yes.............      Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ☒ No
     ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ☒ No
     ☐ Yes.   Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ☐ No
     ☒ Yes.   Give specific information about them...
                        **Sunland Home LLC owns the Trademark "Cold Nose Creations".**                    **$10.00**

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ☒ No
     ☐ Yes.   Give specific information about them...

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
☐ No
☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

<div style="border:1px solid">

**Debtor has been informed that tax refunds due to over withholdings are non exempt and subject to seizure by the Trustee.**

</div>

_____

**Unknown**

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,    workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **North America Company, Level Term Life, debtor 1 is owner and insured, policy # xxx0725, face amount $500,000.** | **Linda Dunphy** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.   Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

**35.  Any financial assets you did not already list**
☒ No
☐ Yes.   Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................**

| **$2,622.00** |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$0.00** |

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ...................................................................... | | **$520,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$18,350.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$21,291.25** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,622.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$42,263.25** | Copy personal property total   **$42,263.25** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$562,263.25** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Box : Item # | | Description - Sunland Assets | Vendor | QTY | Cost Each | Selling Price |
|---|---|---|---|---|---|---|
| 1 | 144813 | JB6143 - Canyon View - Feather Buffalo - Pillow | Carstens | 1 | $ 24.00 | 48.00 |
| 1 | 144981 | RT800 - Accent Pillow - Realtree AP Pink | Carstens | 1 | $ 12.00 | 24.00 |
| 1 | 144819 | JB6151 - Canyon View - Southwest Embroidered Shield - Pillow | Carstens | 3 | $ 15.00 | 30.00 |
| 2 | 144513 | JB2095 - Montana - Shower Curtain | Carstens | 1 | $ 36.00 | 72.00 |
| 2 | 144627 | SBUR205 - Plush Animal Rug - 36in Buffalo | Carstens | 1 | $ 24.00 | 48.00 |
| 2 | 144729 | JB2085 - Turquoise Chamarro - Shower Curtain | Carstens | 1 | $ 38.00 | 76.00 |
| 2 | 144873 | RT522 - Muddy Girl - Sheet Set - Queen | Carstens | 1 | $ 35.00 | 70.00 |
| 2 | 144918 | Disc - JQ310 - Cabin in the Woods - Rod Pocket 2-Panel Drapery Set | Carstens | 1 | $ 29.00 | 58.00 |
| 2 | 158158 | WDV - Run Wild Valance 54 x 15 (SHIPPED SEPARATELY) | Wooded River | 1 | $ 42.00 | 84.00 |
| 2 | 144756 | JB4145 - Accent Pillow - Bear on Pine | Carstens | 2 | $ 17.50 | 35.00 |
| 3 | 144558 | JB4007 - Bear Country - Tab Top 2-Panel Drapery Set | Carstens | 1 | $ 52.00 | 104.00 |
| 3 | 144599 | JB6126 - Backwoods - Tab Top 2-Panel Drapery Set | Carstens | 1 | $ 52.00 | 104.00 |
| 3 | 144731 | JB2087 - Turquoise Chamarro - Valance | Carstens | 1 | $ 20.00 | 40.00 |
| 3 | 144799 | JB6114 - Canyon View - Euro Sham | Carstens | 1 | $ 15.00 | 30.00 |
| 3 | 144827 | JB6207 - Cimarron - Wyoming - Rod Pocket - Valance | Carstens | 1 | $ 19.00 | 38.00 |
| 3 | 144860 | JT723 - Throw - Bear Grid | Carstens | 1 | $ 34.00 | 68.00 |
| 3 | 144867 | RT508 - Muddy Girl Crib Set - 3 Piece | Carstens | 1 | $ 32.00 | 64.00 |
| 3 | 144887 | DISC- RTX753 - Tree Skirt - Realtree AP Pink Camo | Carstens | 1 | $ 15.00 | 30.00 |
| 3 | 144892 | JP522 - Free Rein - Rod Pocket - Valance | Carstens | 1 | $ 12.50 | 25.00 |
| 3 | 144933 | JB6645 - Ontario Wilderness - Tab Top 2-Panel Drapery Set | Carstens | 1 | $ 52.00 | 104.00 |
| 3 | 158065 | JB1704 - Cimarron - Tab Top 2-Panel Drapery Set | Carstens | 1 | $ 52.00 | 104.00 |
| 3 | 144573 | JB4148 - Autumn Trails - Rod Pocket - Valance | Carstens | 2 | $ 19.00 | 38.00 |
| 3 | 144619 | JB6202 - Bear Country - Rod Pocket - Valance | Carstens | 2 | $ 19.00 | 38.00 |
| 3 | 144893 | JB4164 - Free Rein - Euro Sham | Carstens | 2 | $ 16.00 | 32.00 |
| 4 | 144518 | PB305 - Coin Bank - Black Lab | Carstens | 1 | $ 12.50 | 25.00 |
| 4 | 144519 | PB207 - Coin Bank - Buffalo | Carstens | 1 | $ 12.50 | 25.00 |
| 4 | 144525 | PB203 - Coin Bank - Longhorn | Carstens | 1 | $ 12.50 | 25.00 |
| 4 | 144962 | PB308 - Coin Bank - Bighorn Sheep | Carstens | 1 | $ 12.50 | 25.00 |
| 4 | 144963 | PB309 - Coin Bank - Mountain Goat | Carstens | 1 | $ 12.50 | 25.00 |
| 4 | 144523 | PB205 - Coin Bank - Elk | Carstens | 3 | $ 12.50 | 25.00 |
| 4 | 144528 | PB206 - Coin Bank - White-tail Deer | Carstens | 3 | $ 12.50 | 25.00 |
| 5 | 144977 | RT671 - Realtree AP and AP Blaze - Queen Bedding Ensemble | Carstens | 1 | $ 79.00 | 158.00 |
| 6 | 146007 | CU1001 - 48X84 Faux Leather Curtain with Tieback - Chocolate | HiEnd Accents | 1 | $ 29.50 | 59.00 |

| Qty | Description | Brand | Qty | | Unit | Total |
|---|---|---|---|---|---|---|
| 6 | 146087 LG3100C-Tan - 84 x 48 Curtain Panel with Tie Back - Tan Faux Suede - Tan | HiEnd Accents | 1 | $ | 19.50 | 39.00 |
| 6 | 146387 Disc - WS3080VL - 84 x 18 Valance with Fringe - Durango | HiEnd Accents | 1 | $ | 19.50 | 39.00 |
| 6 | 146389 Disc - WS3185ES - 27in Euro Sham - Faux Suede Light Tan | HiEnd Accents | 1 | $ | 15.00 | 30.00 |
| 6 | 146694 CM1001VL - 18X84 Valance - Oak Camo | HiEnd Accents | 1 | $ | 9.50 | 19.00 |
| 6 | 146918 Disc - LG1809PM - Placements - Set of 4 - Tahoe | HiEnd Accents | 1 | $ | 19.50 | 39.00 |
| 6 | 147052 Disc - PS1002-Q - Pillow Sham - Faux Leather with Fringe - Queen | HiEnd Accents | 1 | $ | 19.50 | 39.00 |
| 6 | 147356 WS4078C - 84in x 48in Curtain with Tie Back - Solid Velvet Tan | HiEnd Accents | 1 | $ | 29.50 | 59.00 |
| 6 | 147381 Disc - CM1002C - Pink Oak Camo Curtain Pair - 60in x 84In | HiEnd Accents | 1 | $ | 25.00 | 50.00 |
| 6 | 147389 Disc - CM1002VL - Pink Oak Camo Valance - 84in x 18In | HiEnd Accents | 1 | $ | 12.00 | 24.00 |
| 6 | 461746 D-Microplush Bed Skirt - Cal King - 319 Sage Green --CM | Monterey Mills | 1 | $ | 90.00 | 180.00 |
| 6 | 148328 FB4100C - Capri Fern Rod Pocket Curtain Panel | HiEnd Accents | 2 | $ | 35.00 | 70.00 |
| 6 | 148357 WS2018C-OS-CH - Lined Curtain Panel with Tie Back Star Chocolate and Tan Curtain | HiEnd Accents | 2 | $ | 35.00 | 70.00 |
| 6 | 147471 Disc - PH1001 - Camo Pot Holder - Set of 2 | HiEnd Accents | 6 | $ | 4.00 | 8.00 |
| 7 | 146385 Disc - WS3080-T - Twin - 5 PC Comforter Set - Western Fringe | HiEnd Accents | 1 | $ | 130.00 | 260.00 |
| 8 | 131208-9i 15-inch Hand Woven Chiapas Pillow | Peyote Visoins | 1 | $ | 40.00 | 80.00 |
| 8 | 131208-9i 15-inch Hand Woven Chiapas Pillow | Peyote Visoins | 1 | $ | 40.00 | 80.00 |
| 8 | 322056 Overstuffed Cowhide Throw Pillow - 15in x 15in - Salt and Pepper Brown (Double Side) | Sunshine Cowhides | 1 | $ | 24.00 | 48.00 |
| 8 | 322155 Overstuffed Cowhide Pillow - 20in x 20in - Solid Palomino (Double Sided) | Sunshine Cowhides | 1 | $ | 39.00 | 78.00 |
| 8 | 322155 Overstuffed Cowhide Pillow - 20in x 20in - Solid Palomino (Double Sided) | Sunshine Cowhides | 2 | $ | 39.00 | 78.00 |
| 9 | 151664 WD-VTRPB Yellowstone 4 Rod Pocket Valance - 120 x 12 (shipped separately) | Wooded River | 1 | $ | 59.00 | 118.00 |
| 9 | 152220 WDSS286 - Laredo Standard Sham (Shipped Separately) | Wooded River | 1 | $ | 48.00 | 96.00 |
| 9 | 153195 WDT135 - TAILORED Cranberry - 39 x 75 x 15 Twin Bedskirt (Shipped Separately) | Wooded River | 1 | $ | 60.00 | 120.00 |
| 9 | 155332 WDSC - El Dorado Shower Curtain 72 X 72 with Leather Straps and Conchos (SHIPPE | Wooded River | 1 | $ | 120.00 | 240.00 |
| 9 | 155341 WDSC - Painted Desert Shower Curtain 72 X 72 with Grommets (SHIPPED SEPARAT | Wooded River | 1 | $ | 93.00 | 186.00 |
| 9 | 158230 WDD - Painted Desert Drape 84 X 60 (SHIPPED SEPARATELY) | Wooded River | 1 | $ | 80.00 | 160.00 |
| 10 | 152241 WDSS841 - Painted Desert Standard Sham 20 x 27 (SHIPPED SEPARATELY) | Wooded River | 1 | $ | 57.00 | 114.00 |
| 10 | 153037 WDQ108 - TAILORED Moccasin - 60 x 80 x 15 Queen Bedskirt (Shipped Separately) | Wooded River | 1 | $ | 74.00 | 148.00 |
| 10 | 153198 WDK135 - TAILORED Cranberry - 78 x 80 x 15 King Bedskirt (Shipped Separately) | Wooded River | 1 | $ | 77.00 | 154.00 |
| 10 | 153991 WDDT-UL-A - Yellowstone 1 Drape - 60 x 84 with 3in. Tabs - UNLINED (Shipped Sepa | Wooded River | 1 | $ | 80.00 | 160.00 |
| 10 | 153991 WDDT-UL-A - Yellowstone 1 Drape - 60 x 84 with 3in. Tabs - UNLINED (Shipped Sepa | Wooded River | 1 | $ | 80.00 | 160.00 |
| 10 | 155103 WDSC - Chocolate Suede Shower Curtain 72 X 72 with Buttonholes (SHIPPED SEPAI | Wooded River | 1 | $ | 93.00 | 186.00 |
| 10 | 155251 WDSC2-A - McWoods 4 Shower Curtain - 72 x 72 with Grommets (Shipped Separately) | Wooded River | 1 | $ | 93.00 | 186.00 |
| 10 | 158773 WDK193 - Nero King Bedskirt 78 x 80 x 15 (SHIPPED SEPARATELY) | Wooded River | 1 | $ | 92.00 | 184.00 |
| 10 | 158500 WD1786 - Mora Eurosham 26 x 26 (SHIPPED SEPARATELY) | Wooded River | 2 | $ | 40.00 | 80.00 |

| | Item | Vendor | Qty | | Price | Total |
|---|---|---|---|---|---|---|
| 11 | 172005 5067 - Elk Ironwood Carved Table Lamp with Shade | EarthView Inc. | 1 | $ | 100.00 | 200.00 |
| 11 | 172043 Bear Head Ironwood Napkin Holder - 7500 | EarthView Inc. | 1 | $ | 24.00 | 48.00 |
| 11 | 172047 7520 - Moose Head Ironwood Carved Napkin Holder | EarthView Inc. | 1 | $ | 26.00 | 52.00 |
| 11 | 172051 Elk Body Ironwood Napkin Holder - 7582 | EarthView Inc. | 1 | $ | 24.00 | 48.00 |
| 11 | 172210 9in Tall Totem Pole Ironwood Carving - 1613 | EarthView Inc. | 1 | $ | 36.00 | 72.00 |
| 11 | 172732 5-inch Sea Turtle Genuine Sonoran Desert Ironwood Carving - 2301 | EarthView Inc. | 1 | $ | 10.00 | 20.00 |
| 11 | 172186 4in Long Burro Ironwood Carving - 1450 | EarthView Inc. | 2 | $ | 11.00 | 22.00 |
| 12 | 172068 4422 - Moose Body Ironwood Carved Small Bookends | EarthView Inc. | 1 | $ | 26.00 | 52.00 |
| 12 | 172086 DISC - 4552 - Buffalo Body Ironwood Carved Large Bookends | EarthView Inc. | 1 | $ | 55.00 | 110.00 |
| 12 | 172089 1287 - 6in Tall Bear Bust Ironwood Carving | EarthView Inc. | 1 | $ | 45.00 | 90.00 |
| 12 | 172159 12in Long Roadrunner Ironwood Carving - 1654 | EarthView Inc. | 1 | $ | 28.00 | 56.00 |
| 12 | 172174 3186 - 5in Tall Jackrabbit Ironwood Carving | EarthView Inc. | 2 | $ | 18.00 | 36.00 |
| 12 | 172571 3-inch Eagle Head Genuine Sonoran Desert Ironwood Carving - 1540 | EarthView Inc. | 4 | $ | 11.00 | 22.00 |
| 13 | 172119 10in Long Buffalo Ironwood Carving - 1004 | EarthView Inc. | 1 | $ | 80.00 | 160.00 |
| 13 | 172901 Eagle Genuine Sonoran Desert Ironwood Dominoes Set - 8715 | EarthView Inc. | 1 | $ | 38.00 | 76.00 |
| 13 | 172117 5in Long Buffalo Ironwood Carving - 1001 | EarthView Inc. | 2 | $ | 16.00 | 32.00 |
| 13 | 172169 5in Tall Kokopelli Ironwood Carving - 1851 | EarthView Inc. | 2 | $ | 11.00 | 22.00 |
| 14 | 165131 Southwest Coyote - Right Facing - 12-inch - Sunset Swirl | Crooks Designs, LL | 2 | $ | 11.00 | 22.00 |
| 14 | 172026 Bears Sitting Ironwood Candle Holder - 7809 | EarthView Inc. | 1 | $ | 25.00 | 50.00 |
| 14 | 172027 Rough Bear Ironwood Lamp Finial - 5502 | EarthView Inc. | 1 | $ | 7.00 | 14.00 |
| 14 | 172032 Saguaro Cactus Ironwood Lamp Finial - 5510 | EarthView Inc. | 1 | $ | 7.00 | 14.00 |
| 14 | 172037 Cowboy Boot Ironwood Lamp Finial - 5532 | EarthView Inc. | 1 | $ | 7.00 | 14.00 |
| 14 | 172040 Trout Ironwood Lamp Finial - 5537 | EarthView Inc. | 1 | $ | 7.00 | 14.00 |
| 14 | 172041 Bear Silhouette Ironwood Lamp Finial - 5540 | EarthView Inc. | 1 | $ | 7.00 | 14.00 |
| 14 | 172059 DISC - 7092 - Horse Ironwood Carved Paper Towel Holder | EarthView Inc. | 1 | $ | 25.00 | 50.00 |
| 14 | 172061 Rustic Dominoes Set - 8701 | EarthView Inc. | 1 | $ | 35.00 | 70.00 |
| 14 | 172122 DISC - 1042 - 7in Long Buffalo with Baby Ironwood Carving | EarthView Inc. | 1 | $ | 36.00 | 72.00 |
| 14 | 172221 3392 - 6in Tall Dromedary Camel Ironwood Carving | EarthView Inc. | 1 | $ | 18.00 | 36.00 |
| 14 | 173001 6.5in Long Buffalo Ironwood Carving - Lodge Decor - 1002 | EarthView Inc. | 1 | $ | 26.00 | 52.00 |
| 14 | 172035 Horse Head Ironwood Lamp Finial - 5527 | EarthView Inc. | 3 | $ | 7.00 | 14.00 |
| 14 | 172160 7in Tall Detailed Quail Ironwood Carving - 1607 | EarthView Inc. | 3 | $ | 16.00 | 32.00 |
| 14 | 172030 Kokopelli Ironwood Lamp Finial - 5506 | EarthView Inc. | 4 | $ | 7.00 | 14.00 |
| 14 | 172039 Sitting Bear Ironwood Lamp Finial - 5535 | EarthView Inc. | 4 | $ | 7.00 | 14.00 |
| 15 | 144547 JLP956 - Kids Lounge Pillow - Just Ride | Carstens | 1 | $ | 9.50 | 19.00 |

| # | Item | Vendor | Qty | Unit Price | Amount |
|---|------|--------|-----|-----------|--------|
| 15 | 144628 SDR300 - Plush Animal Rug - 36in White Tail Deer | Carstens | 1 | $ 25.00 | 50.00 |
| 15 | 144707 WMS302 - Trophy Head - Mini Big Horn Sheep | Carstens | 1 | $ 10.00 | 20.00 |
| 15 | 144710 WMS-306 - Trophy Head - Mini Buffalo | Carstens | 1 | $ 10.00 | 20.00 |
| 15 | 144706 WMS301 - Trophy Head - Mini Moose | Carstens | 2 | $ 10.00 | 20.00 |
| 15 | 144708 WMS303 - Trophy Head - Mini Elk | Carstens | 2 | $ 10.00 | 20.00 |
| 15 | 144711 WMS307 - Trophy Head - Mini Longhorn | Carstens | 2 | $ 10.00 | 20.00 |
| 15 | 144713 WMS309 - Trophy Head - Mini Whitetail Deer | Carstens | 2 | $ 10.00 | 20.00 |
| 15 | 144709 WMS304 - Trophy Head - Mini Black Bear | Carstens | 3 | $ 10.00 | 20.00 |
| 16 | 144622 LMR101 - Plush Animal Rug - 68in Moose | Carstens | 1 | $ 58.00 | 116.00 |
| 16 | 144701 WML-202 - Trophy Head - Buffalo | Carstens | 1 | $ 18.50 | 37.00 |
| 16 | 144704 WML-208 - Trophy Head - Longhorn | Carstens | 1 | $ 18.50 | 37.00 |
| 16 | 144705 WML-209 - Trophy Head - Whitetail Deer | Carstens | 1 | $ 18.50 | 37.00 |
| 16 | 144881 BUR105 - Plush Animal Rug - 68in Buffalo | Carstens | 1 | $ 58.00 | 116.00 |
| 16 | 144703 WML-204 - Trophy Head - Black Bear | Carstens | 2 | $ 18.50 | 37.00 |
| 17 | 140253-3 13-15in Diameter One-of-a-Kind Shallow Bowl Basket | Gem Show Vendor | 1 | $ 6.48 | 13.00 |
| 17 | 140588 12-14in Shallow Bowl Premium Art Basket - Rainbow Keys | Arlette Overseas, IA | 1 | $ 9.00 | 18.00 |
| 17 | 171089 IC6717 -26 inch Rocking Spirit Horse Shelf Art--CM | IronCraft | 1 | $ 52.00 | 104.00 |
| 17 | 183043 LSR-6055 - Rawhide Saddle Red Sconce Lamp Shade --CM (SHIPPED SEPARATELY) | Ironwood Industries | 9 | $ 73.00 | 146.00 |
| 18 | 322065 Overstuffed Cowhide Throw Pillow - 20in x 20in - Tricolor (Double Sided) | Sunshine Cowhides | 1 | $ 49.00 | 98.00 |
| 18 | 322100 Overstuffed Cowhide Throw Pillow - 15in x 15in - Mostly White (Double Sided) | Sunshine Cowhides | 1 | $ 25.00 | 50.00 |
| 18 | 322149 Overstuffed Cowhide Pillow - 15in x 15in - Solid Black (Double Sided) | Sunshine Cowhides | 1 | $ 34.00 | 68.00 |
| 18 | 322152 Overstuffed Cowhide Pillow - 20in x 20in - Dark Brindle (Double Sided) | Sunshine Cowhides | 1 | $ 39.00 | 78.00 |
| 18 | 452339 STR1130-23 - Hand-Woven Contemporary Rug - 2ft x 3ft (SHIPPED SEPARATELY) | Chandra Rugs | 1 | $ 36.00 | 72.00 |
| 18 | 461640 64031956 - Sage Green Bedskirt 14 in drop - queen | Monterey Mills | 1 | $ 65.00 | 130.00 |
| 18 | 463006 AF565 - Boyd Norton Bear (Grizzlies) - Throw | Emily Tapestry | 1 | $ 24.50 | 49.00 |
| 18 | 146328 Disc - WS3067C - 84in x 60in Curtain Panel with Tie Back - Faux Cowhide | HiEnd Accents | 2 | $ 27.50 | 55.00 |
| 19 | 461651 64060854 - Barn Red Bedskirt 14 in drop - twin | Monterey Mills | 2 | $ 50.00 | 100.00 |
| 19 | 460410 Southwest Fiesta Blanket (approx. size 5 ft x 7 ft) - Heather Gray | Albert Chavez | 2 | $ 12.00 | 24.00 |
| 19 | 172178 5in Tall Coyote Ironwood Carving - 1351 | EarthView Inc. | 5 | $ 11.00 | 22.00 |
| 19 | 161182 Fiesta Diamond Blanket - 4ft x 7ft - Yellow | Vel-Mex Corp. | 6 | $ 12.00 | 24.00 |
| 20 | 148064 WS4066V1 - Ruidoso Southwest Patchwork Rod Pocket Valance | HiEnd Accents | 1 | $ 25.00 | 50.00 |
| 20 | 461641 64000156 - Black Bedskirt 14 in drop - queen | Monterey Mills | 1 | $ 65.00 | 130.00 |
| 20 | 158056 JB1108 - Flying Horse - Tab Top 2-Panel Drapery Set | Carstens | 6 | $ 52.00 | 104.00 |
| 21 | 161037 Zapotec Wool Pillow - Tan with black and white aztec design | Vel-Mex Corp. | 1 | $ 16.00 | 32.00 |

| Line | Item | Description | Vendor | Qty | | Price | Ext |
|---|---|---|---|---|---|---|---|
| 21 | 461580 | 35013818 - Cream Fleur De Lis Pillow - 18 in x 18 in | Monterey Mills | 1 | $ | 22.00 | 44.00 |
| 21 | 461598 | D-35098318 - Black Leaves / Black pillow - 18 in x 18 in | Monterey Mills | 1 | $ | 22.00 | 44.00 |
| 21 | 461610 | 45213800 - Stocking-Cream Fleur de lis with lynx Cuff - 8.5 in x 19 in | Monterey Mills | 1 | $ | 14.50 | 29.00 |
| 21 | 461676 | D-983 - Black Leaves Eurosham - 26 in x 26 in | Monterey Mills | 1 | $ | 28.00 | 56.00 |
| 22 | 184207BI | Cross Rug Rail - 57.5in - Blackened Iron Patina | Ironwood Industries | 1 | $ | 91.00 | 182.00 |
| 22 | 184302R | Southwest Diamond Rug Rail - 27.5in - Rust Patina | Ironwood Industries | 1 | $ | 44.00 | 88.00 |
| 22 | 184305AE | Southwest Diamond Rug Rail - 45.5in - Antique Bronze | Ironwood Industries | 1 | $ | 66.00 | 132.00 |
| 22 | 184307BI | Southwest Diamond Rug Rail - 57.5in - Blackened Iron Patina | Ironwood Industries | 1 | $ | 96.00 | 192.00 |
| 23 | 183038 | LSP-2053 - Parchment Table Lamp Shade –CM (SHIPPED SEPARATELY) | Ironwood Industries | 1 | $ | 42.00 | 84.00 |
| 23 | 322233 | Premium Extra small cowhide - Solid Brown | Sunshine Cowhides | 1 | $ | 44.00 | 88.00 |
| 23 | 133031 | 20in. Rawhide Lamp Shade - Natural Tone | Rusty x Ranch | 2 | $ | 70.00 | 140.00 |
| 23 | 322226 | Safari Collection - Hand Picked Premium Cowhide - Baby Zebra Print Extra Small | Sunshine Cowhides | 3 | $ | 60.00 | 120.00 |
| 24 | 489402 | 24in - Turquoise Stained Pine - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 22.00 | 44.00 |
| 24 | 489502 | 24in - Barn Red Stained Pine - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 22.00 | 44.00 |
| 24 | 489902 | 24in - Slate Gray Pine - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 22.00 | 44.00 |
| 24 | 183804BI | Fetish Bear Rug Rail - 39.5in - Blackened Iron Patina | Ironwood Industries | 1 | $ | 103.00 | 206.00 |
| 25 | 146070 | Disc - LG1830P7 - 8in x 21in Neckroll - Mountain | HiEnd Accents | 1 | $ | 17.50 | 35.00 |
| 25 | 322149 | Overstuffed Cowhide Pillow - 15in x 15in - Solid Black (Double Sided) | Sunshine Cowhides | 1 | $ | 34.00 | 68.00 |
| 25 | 329004 | Faux Zebra Hide -Large - 93in x 56in (approx) | Fabulous Furs | 1 | $ | 99.00 | 198.00 |
| 25 | 323170R- | Custom Cowhide Patchwork Runner - Multi Brown and White Strips - 71in x 26in | Arte Nobre | 1 | $ | 107.19 | 215.00 |
| 25 | 323170R- | Custom Cowhide Patchwork Runner - Multi Brown and White Strips - 71in x 26in | Arte Nobre | 1 | $ | 107.19 | 215.00 |
| 25 | 323176R | 323176R - Cowhide Patchwork Runner - Chevrons Black and Gray -71in x 24in | Arte Nobre | 1 | $ | 98.94 | 198.00 |
| 25 | 32600R-1 | Custom Cowhide Patchwork Runner - Large Rectangles Black - Size: 96in x 26.5in | Arte Nobre | 1 | $ | 177.14 | 355.00 |
| 25 | 322064 | Overstuffed Cowhide Throw Pillow - 20in x 20in - Salt and Pepper Brown (Double Side) | Sunshine Cowhides | 2 | $ | 29.00 | 58.00 |
| 26 | 111030 | Ceramic Ristra - Fruit | Vel-Mex Corp. | 4 | $ | 12.00 | 24.00 |
| 26 | 111059 | Simple Ceramic Red Jalapeno Ristra | Albert Chavez | 7 | $ | 12.00 | 24.00 |
| 27 | 111021 | Ceramic Red & Green Jalapeno Chili Ristra | Albert Chavez | 1 | $ | 17.00 | 34.00 |
| 27 | 111028 | Ceramic Multi Colored California Chili Ristras | Albert Chavez | 1 | $ | 17.00 | 34.00 |
| 27 | 119016-1! | Zimbabwe - Opal Stone Carving - Chameleon | Hans Griss | 1 | $ | 45.00 | 90.00 |
| 27 | 119090 | Zimbabwe - Hand Carved Giraffe Family - Natural - Medium | Hans Griss | 1 | $ | 27.00 | 54.00 |
| 27 | 119098 | Zimbabwe - Hand Carved Giraffe - Groovy Green and White - Small | Hans Griss | 1 | $ | 11.00 | 22.00 |
| 27 | 128002 | Hand Painted Clay - Ivory Chili Fiesta - Double Toggle Switch Plate | Nine Hills Ceramic S | 1 | $ | 10.25 | 21.00 |
| 27 | 128004 | Hand Painted Clay - Ivory Chili Fiesta - Quad Toggle Switch Plate | Nine Hills Ceramic S | 1 | $ | 22.50 | 45.00 |
| 27 | 128013 | Hand Painted Clay - Kokopelli Red - Quad Toggle Switch Plate | Nine Hills Ceramic S | 1 | $ | 22.50 | 45.00 |

| | Item | Vendor | Qty | | Price | Total |
|---|---|---|---|---|---|---|
| 27 | 128028 Hand Painted Clay - Teal Prickly Pear - Single Rocker Switch Plate | Nine Hills Ceramic S | 1 | $ | 9.00 | 18.00 |
| 27 | 128038 Hand Painted Clay - Stars / Spurs - Double Toggle Switch Plate | Nine Hills Ceramic S | 1 | $ | 10.25 | 21.00 |
| 27 | 128064 Hand Painted Clay - Black / White Painted Horse - Double Toggle Switch Plate | Nine Hills Ceramic S | 1 | $ | 10.25 | 21.00 |
| 27 | 470210 7201-R 2ft x 3ft Rug - Black Bear on Rusty Red | EarthView Inc. | 1 | $ | 32.00 | 64.00 |
| 27 | 119097 Zimbabwe - Hand Carved Giraffe - Groovy Green and Black - Small | Hans Griss | 2 | $ | 11.00 | 22.00 |
| 27 | 119099 Zimbabwe - Hand Carved Giraffe - Groovy Spotted - Small | Hans Griss | 2 | $ | 11.00 | 22.00 |
| 27 | 128037 Hand Painted Clay - Stars / Spurs - Single Toggle Switch Plate | Nine Hills Ceramic S | 2 | $ | 9.00 | 18.00 |
| 27 | 128048 Hand Painted Clay - Palm Beach - Single Rocker Switch Plate | Nine Hills Ceramic S | 2 | $ | 9.00 | 18.00 |
| 27 | 128049 Hand Painted Clay - Palm Beach - Outlet | Nine Hills Ceramic S | 2 | $ | 9.00 | 18.00 |
| 27 | 220200 GSC006 Greatest Teacher Figurine Coaster Set | Thirstystone Resou | 2 | $ | 10.00 | 20.00 |
| 27 | 119094 Zimbabwe - Hand Carved Giraffe - Painted - Small | Hans Griss | 5 | $ | 11.00 | 22.00 |
| 28 | 131007 Black And White Cat Raiding Birdhouse Lighted Button Doorbell | VickiLane Designs | 1 | $ | 5.00 | 9.95 |
| 28 | 131150 VLDP157 - Hand-Painted Drawer Knob Set of Two - Sand with Starfish | Vickilane Design | 1 | $ | 5.00 | 10.00 |
| 28 | 131151 VLDH158 - Hand-Painted Drawer Handle - Seashells on the Sand | Vickilane Design | 1 | $ | 5.00 | 10.00 |
| 28 | 131164 VLDP406 Hand-Painted Drawer Knob (Set of 2) -- Black (with Peacock Feathers) | Vickilane Design | 1 | $ | 5.00 | 10.00 |
| 28 | 147650 LD8200-SR-OC - Faux Antler Switch Plate - Single Rocker | HiEnd Accents | 1 | $ | 3.50 | 7.00 |
| 28 | 147651 LD8200-SS-OC - Faux Antler Switch Plate - Single Standard | HiEnd Accents | 1 | $ | 3.50 | 7.00 |
| 28 | 269634 IMPTD3 Single Impressions Coaster - Old Mission - Southwest Corners | Thirstystone Resou | 1 | $ | 2.75 | 6.00 |
| 28 | 280101 Talavera Switch Plate - Sunflower - Single Standard | Vel-Mex Corp. | 1 | $ | 2.40 | 5.00 |
| 28 | 530807 *GA61559 - Polyresin Doorbell Cover - Bear | Thirstystone | 1 | $ | 6.00 | 12.00 |
| 28 | 810057 Disc - Undersail Wine Glass Nametags (16) | Cracked Vase Studi | 1 | $ | 2.25 | 5.00 |
| 28 | 810072 Disc - Beach Sojurn Beverage Napkins (16) | Cracked Vase Studi | 1 | $ | 1.75 | 4.00 |
| 28 | 147649 LD8200-SO-OC - Faux Antler Outlet Cover | HiEnd Accents | 2 | $ | 3.50 | 7.00 |
| 28 | 147674 WD8000-SO-OC - Faux Leather Star Outlet Cover | HiEnd Accents | 2 | $ | 3.50 | 7.00 |
| 28 | 269841 LE0037 - Home Without a Cat - Etchings Coaster (1) | Thirstystone Resou | 2 | $ | 2.75 | 6.00 |
| 28 | 524960 Disc - NRBERT - Metal - Napkin Rings (Set of 4) - Bear - Rust | Thirstystone | 2 | $ | 5.50 | 11.00 |
| 28 | 531774 C99069 - Napkin Rings (Set of 4) - Pewter - Cowboy Boots | Thirstystone | 2 | $ | 12.60 | 26.00 |
| 28 | 147693 Disc - WD8007-DS-OC - Faux Alligator Switch Plate - Double Standard | HiEnd Accents | 3 | $ | 4.00 | 8.00 |
| 28 | 524961 Disc - NRBFRT - Metal - Napkin Rings (Set of 4) - Buffalo - Rust | Thirstystone | 4 | $ | 5.50 | 11.00 |
| 28 | 810051 Disc - Undersail Notecards w/Envelopes (10) | Cracked Vase Studi | 4 | $ | 3.50 | 7.00 |
| 28 | 810120 LLS0002C Tee to Green Luncheon Napkin | Cracked Vase Studi | 4 | $ | 2.25 | 5.00 |
| 29 | 130109 DBP-006 - Doorbell - Painted - Maple Leaf in Autumn | Companys Coming | 1 | $ | 8.90 | 18.00 |
| 29 | 130150 Disc - PCP-045 - Door Viewer - Painted - Golf Bag | Companys Coming | 1 | $ | 5.00 | 10.00 |
| 29 | 130189 PCZ-031 - Door Viewer - Metal - Putter - Bronze-Plated | Companys Coming | 1 | $ | 7.50 | 15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | 131002 VLDB12 Hand-Painted Doorbell -- Country Angel | Vickilane Design | 1 | $ | 2.50 | 5.00 |
| 29 | 131122 VLLS401 - Hand-Painted Switch Plate - Lion - Double | Vickilane Design | 1 | $ | 7.75 | 16.00 |
| 29 | 131150 VLDP157 - Hand-Painted Drawer Knob Set of Two - Sand with Starfish | Vickilane Design | 1 | $ | 5.00 | 10.00 |
| 29 | 271661 Blown Glass Yellow Chili Ornament | Casa Noel | 1 | $ | 3.75 | 8.00 |
| 29 | 525332 Disc - LZLSMA1NF - Marquis Single Std - Reversible Switch Plate | Thirstystone | 1 | $ | 7.25 | 15.00 |
| 29 | 531354 C99317 - Switch Plate - Wood Pewter - Bear Double Standard | Thirstystone | 1 | $ | 9.00 | 18.00 |
| 29 | 531412 C99310 - Switch Plate - Wood Pewter - Moose Single Standard | Thirstystone | 1 | $ | 8.00 | 16.00 |
| 29 | 531421 C99323 - Outlet Cover - Wood Pewter - Pine Cone | Thirstystone | 1 | $ | 8.25 | 17.00 |
| 29 | 531422 C99308 - Switch Plate - Wood Pewter - Pine Cone Single Standard | Thirstystone | 1 | $ | 8.00 | 16.00 |
| 29 | 531454 C99285 - Switch Plate - Wood Pewter - Wagon Wheel and Saddle Double Standard | Thirstystone | 1 | $ | 9.00 | 18.00 |
| 29 | 531462 C99067 - Switch Plate - Wood Pewter - Western Star Single Standard | Thirstystone | 1 | $ | 8.00 | 16.00 |
| 29 | 531464 C99286 - Switch Plate - Wood Pewter - Western Star Double Standard | Thirstystone | 1 | $ | 9.00 | 18.00 |
| 29 | 531563 *ALNSLI4NF - 4in. Artlites Votive Candle Holder - Lizard - Natural Fusion | Thirstystone | 1 | $ | 6.50 | 13.00 |
| 29 | 538001 OCOSUB1 Outlet Cover - Oklahoma State University | Thirstystone | 1 | $ | 8.00 | 16.00 |
| 29 | 538209 ALWA4RT - 4in Ship's Wheel - Artlite Candle Holder | Thirstystone | 1 | $ | 6.00 | 12.00 |
| 29 | 131001 VLDB11 Hand-Painted Doorbell -- Welcome | Vickilane Design | 2 | $ | 2.50 | 5.00 |
| 29 | 131095 Disc - VLLS327 Hand-Painted Switch Plate -- Saguaro Cactus -- Double | Vickilane Design | 2 | $ | 7.75 | 16.00 |
| 29 | 131160 Disc - VLDP326 Hand-Painted Drawer Knob (Set of 2) -- Saguaro Cactus | Vickilane Design | 2 | $ | 5.00 | 10.00 |
| 29 | 131192 VLLS086 - Flower Pot Single Standard Light Switch Plate | Vickilane Design | 2 | $ | 6.50 | 13.00 |
| 29 | 263114 H25 - Wrought Iron Coaster Holder - Brown Ram | Thirstystone Resour | 2 | $ | 3.50 | 7.00 |
| 29 | 513531 Lazart Night Light - Lighthouse | Thirstystone | 2 | $ | 9.00 | 18.00 |
| 29 | 525311 Disc - OCLAB1NF - Outlet Cover - Retriever's Day - Natural Fusion | Thirstystone | 2 | $ | 7.25 | 15.00 |
| 29 | 525314 Disc - LSLAB2NF - Switch Plate - Retriever's Day Double Standard - Natural Fusion | Thirstystone | 2 | $ | 7.75 | 16.00 |
| 29 | 525381 Disc - OCSTP1 - Lazart Outlet Cover - Story Pony - Lazart Fusion | Thirstystone | 2 | $ | 7.00 | 14.00 |
| 29 | 531242 LSOKL1NF - Switch Plate - Oak Leaves Single Standard - Natural Fusion | Thirstystone | 2 | $ | 7.25 | 15.00 |
| 29 | 531242 LSOKL1NF - Switch Plate - Oak Leaves Single Standard - Natural Fusion | Thirstystone | 2 | $ | 7.25 | 15.00 |
| 29 | 531382 C99714 - Switch Plate - Wood Pewter - Fleur de Lis Single Standard | Thirstystone | 2 | $ | 8.00 | 16.00 |
| 29 | 531401 C99283 - Outlet Cover - Wood Pewter - Kokopelli | Thirstystone | 2 | $ | 8.25 | 17.00 |
| 29 | 531432 C99313 - Switch Plate - Wood Pewter - Spiral Sun Single Standard | Thirstystone | 2 | $ | 8.00 | 16.00 |
| 29 | 531451 C99281 - Outlet Cover - Wood Pewter - Wagon Wheel and Saddle | Thirstystone | 2 | $ | 8.25 | 17.00 |
| 29 | 531452 C99066 - Switch Plate - Wood Pewter - Wagon Wheel and Saddle Single Standard | Thirstystone | 2 | $ | 8.00 | 16.00 |
| 29 | 131126 VLOT406 Hand-Painted Outlet Plate -- Black -- Single (with Peacock Feathers) | Vickilane Design | 3 | $ | 5.75 | 12.00 |
| 29 | 160142 IS3175 - Lighthouses IdeaStix | Blonder Home Acce | 3 | $ | 6.50 | 13.00 |
| 29 | 531381 C99720 - Outlet Cover - Wood Pewter - Fleur de Lis | Thirstystone | 3 | $ | 8.25 | 17.00 |

| # | Description | Brand | Qty | | Price | | Total |
|---|---|---|---|---|---|---|---|
| 29 | 531251 LSRAL2NF - Switch Plate - Relief at Last Double Standard - Natural Fusion | Thirstystone | 4 | $ | 7.50 | | 15.00 |
| 29 | 131164 VLDP406 Hand-Painted Drawer Knob (Set of 2) -- Black (with Peacock Feathers) | Vickilane Design | 8 | $ | 5.00 | | 10.00 |
| 30 | 146682 Disc - CG3190 - Round Decorative Charger - Barbed Wire - Set of 4 - NOT FOR FOO | HiEnd Accents | 1 | $ | 32.00 | | 64.00 |
| 30 | 147856 QN2012-TW-OC - Fleur De Lis 2-Piece Twin Quilt Set | HiEnd Accents | 1 | $ | 65.00 | | 130.00 |
| 30 | 171016 IC1255 - Ribbon Candle Wall Sconce Set of 2 --CM (SHIPPED SEPARATELY) | IronCraft | 1 | $ | 98.00 | | 196.00 |
| 30 | 461511 646 Navaho Wind Bedding Set - Twin Size: 1 - Bedspread 60in.x 84in., 1 - Bed Skirt 1- | Monterey Mills | 1 | $ | 141.00 | | 282.00 |
| 30 | 513550 18in Majestic Echoes Towel Bar - Pine Cone --CLR | Thirstystone | 1 | $ | 30.00 | | 60.00 |
| 30 | 530954 TBTXS18RT - 18in.Metal Towel Bar - Western - Rust | Thirstystone | 1 | $ | 30.00 | | 60.00 |
| 31 | 270121 Disc - Juniper Incense Bricks (18) | Incienso De Santa F | 1 | $ | 2.00 | | 4.00 |
| 31 | 270127 Incense Bricks - Fir Balsam - 18 pack | Incienso De Santa F | 1 | $ | 2.00 | | 4.00 |
| 31 | 270125 Mesquite Incense Bricks (18) | Incienso De Santa F | 2 | $ | 2.00 | | 4.00 |
| 31 | 270123 Hickory Incense Bricks - 18 | Incienso De Santa F | 3 | $ | 2.00 | | 4.00 |
| 31 | 270131 Juniper Incense Bricks (40) | Incienso De Santa F | 3 | $ | 3.59 | | 8.00 |
| 31 | 270136 Alder Incense Bricks (40) | Incienso De Santa F | 4 | $ | 3.59 | | 8.00 |
| 31 | 270126 Alder Incense Bricks (18) | Incienso De Santa F | 5 | $ | 2.00 | | 4.00 |
| 31 | 270132 Cedar Incense Bricks (40) | Incienso De Santa F | 5 | $ | 3.59 | | 8.00 |
| 31 | 270135 Mesquite Incense Bricks (40) | Incienso De Santa F | 5 | $ | 3.59 | | 8.00 |
| 31 | 270137 Incense Bricks - Fir Balsam 40 pack | Incienso De Santa F | 7 | $ | 3.59 | | 8.00 |
| 31 | 270133 Hickory Incense Bricks (40) | Incienso De Santa F | 8 | $ | 3.59 | | 8.00 |
| 32 | 118107 Kenyan - Banana Batik Wall Art - Elephants - Horiz | African Cultural Art | 1 | $ | 16.50 | | 33.00 |
| 32 | 460320 Covered Wagon | Albert Chavez | 1 | $ | 18.00 | | 36.00 |
| 32 | 183439RT1WMH-4040 - Pine Tree Mug Holder (mugs sold separately) - Rust Patina --CM (SHIPI Ironwood Industries | | 1 | $ | 47.00 | | 94.00 |
| 32 | 118107 Kenyan - Banana Batik Wall Art - Elephants - Horiz | African Cultural Art | 2 | $ | 7.50 | | 15.00 |
| 32 | 118107 Kenyan - Banana Batik Wall Art - Elephants - Horiz | African Cultural Art | 2 | $ | 7.50 | | 15.00 |
| 33 | 215919 DISC - 511T7 - Mara Stoneware Mug 12oz Sq Chiles | Blaze International | 1 | $ | 9.48 | | 19.00 |
| 33 | 216074 DISC - D-558D3 - Mara Stoneware 9oz Cup - Green - Faces | Blaze International | 1 | $ | 8.50 | | 17.00 |
| 33 | 216210 510L6 - Mara Stoneware Mug 16oz Sun - Moon Tan | Blaze International | 1 | $ | 11.11 | | 23.00 |
| 33 | 216226 510S9 - Mara Stoneware Mug 16oz Snow Flakes | Blaze International | 1 | $ | 11.11 | | 23.00 |
| 33 | 216248 510Z9 - Mara Stoneware Mug 16oz Sagittarius | Blaze International | 1 | $ | 11.11 | | 23.00 |
| 33 | 216544 510E7 - Mara Stoneware 16oz Round Mug - Arches | Blaze International | 1 | $ | 11.11 | | 23.00 |
| 33 | 216703 511H2 - Mara Stoneware Mug 12oz Lady Bug | Blaze International | 1 | $ | 10.55 | | 22.00 |
| 33 | 216761 511A1 - Mara Stoneware Mug 12oz Native Symbols | Blaze International | 1 | $ | 9.95 | | 20.00 |
| 33 | 215556 510K6 - Mara Stoneware Mug 16oz Moose | Blaze International | 2 | $ | 11.11 | | 23.00 |
| 33 | 215943 513H7 - Mara Stoneware Stein 16oz Mermaids | Blaze International | 2 | $ | 12.91 | | 26.00 |

| # | Item | Vendor | Qty | | Price | Total |
|---|------|--------|-----|---|-------|-------|
| 34 | 215555 510K5 - Mara Stoneware Mug 16oz Pine Trees | Blaze International | 1 | $ | 11.11 | 23.00 |
| 34 | 215908 DISC - 510Q5 - Mara Stoneware Mug 16oz Gecko | Blaze International | 1 | $ | 9.98 | 20.00 |
| 34 | 216234 DISC - 510U1 - Mara Stoneware Mug 16oz Mirror Weave | Blaze International | 1 | $ | 9.98 | 20.00 |
| 34 | 216271 511X2 - Mara Stoneware Mug 12oz Sq Snowflake | Blaze International | 1 | $ | 10.55 | 22.00 |
| 34 | 216545 510E8 - Mara Stoneware 16oz Round Mug - Feathers | Blaze International | 1 | $ | 11.11 | 23.00 |
| 34 | 216676 510G1 - Mara Stoneware Mug 16oz Sports Car | Blaze International | 1 | $ | 11.11 | 23.00 |
| 34 | 216678 510G3 - Mara Stoneware Mug 16oz Skiers | Blaze International | 1 | $ | 11.11 | 23.00 |
| 34 | 216705 511H4 - Mara Stoneware Mug 12oz Dragonfly | Blaze International | 1 | $ | 10.55 | 22.00 |
| 34 | 216746 510W5 - Mara Stoneware Mug 16oz Golfer | Blaze International | 1 | $ | 11.11 | 23.00 |
| 34 | 216749 DISC - 510W8 - Mara Stoneware Mug 16oz Stock Car | Blaze International | 1 | $ | 9.98 | 20.00 |
| 34 | 216759 510D6 - Mara Stoneware Mug 16oz Tulip Flower | Blaze International | 1 | $ | 11.11 | 23.00 |
| 35 | 215930 511V9 - Mara Stoneware Mug 12oz Sq Cats | Blaze International | 1 | $ | 10.55 | 22.00 |
| 35 | 216028 DISC - D-553D1 - Mara Stoneware Mug 9oz - Sail Boat | Blaze International | 1 | $ | 11.50 | 23.00 |
| 35 | 216072 DISC - D-558D1 - Mara Stoneware 9oz Cup - Green - Faces | Blaze International | 1 | $ | 8.50 | 17.00 |
| 35 | 216088 559D2 - Mara Stoneware 9oz Cup - Celestial | Blaze International | 1 | $ | 10.00 | 20.00 |
| 35 | 216504 DISC - CS2P7 - Prado Gourmet Stoneware - Cream & Sugar Set - Matte Blue | Blaze International | 1 | $ | 14.25 | 29.00 |
| 36 | 216477 DISC - 952P5 - Prado Gourmet Stoneware - Square Salad Plate - Chocolate | Blaze International | 4 | $ | 9.17 | 19.00 |
| 36 | 216311 521DS - Mara Stoneware Latte Plate Desert Tan | Blaze International | 6 | $ | 6.09 | 13.00 |
| 37 | 216312 DISC - 521EL - Mara Stoneware Latte Plate Elephant | Blaze International | 1 | $ | 5.50 | 11.00 |
| 37 | 216665 547FS - Mara Stoneware Square Plate - Falling Snow | Blaze International | 2 | $ | 12.77 | 26.00 |
| 37 | 217906 DISC - TR1C6 - Padilla Stoneware - 16oz Mug - Individual - Traditional - Black | Blaze International | 2 | $ | 5.86 | 12.00 |
| 38 | 210713 DISC - OC6N3 - Padilla Stoneware - 10oz Mug Tree - Set of 6 - Octagonal - Royal Blue | Blaze International | 1 | $ | 34.00 | 68.00 |
| 38 | 215988 545MM - Mara Stoneware Oval Platter - Mermaids | Blaze International | 1 | $ | 30.78 | 62.00 |
| 38 | 217807 DISC - TL1C7 - Padilla Stoneware - 14oz Mug - Individual - Tulip - Neutral Gloss | Blaze International | 1 | $ | 5.35 | 11.00 |
| 38 | 217929 DISC - TR1P9 - Padilla Stoneware - 16oz Mug - Individual - Traditional - Matte Green | Blaze International | 1 | $ | 5.86 | 12.00 |
| 38 | 213332 JM1Q2 - Padilla Stoneware - 16oz Mug - Individual - Jug Mug - Light Purple | Blaze International | 2 | $ | 7.94 | 16.00 |
| 38 | 217605 DISC - FL1C5 - Padilla Stoneware - 16oz Mug - Individual - Flare - Rustic Brown | Blaze International | 2 | $ | 5.86 | 12.00 |
| 38 | 217614 DISC - FL1N4 - Padilla Stoneware - 16oz Mug - Individual - Flare - Cranberry | Blaze International | 2 | $ | 5.86 | 12.00 |
| 38 | 217832 DISC - TL1Q2 - Padilla Stoneware - 14oz Mug - Individual - Tulip - Light Purple | Blaze International | 2 | $ | 5.35 | 11.00 |
| 39 | 216173 530CE - Mara Stoneware 72oz Serving Bowl - 9in - Celestial | Blaze International | 1 | $ | 27.11 | 55.00 |
| 39 | 216541 510E4 - Mara Stoneware 16oz Round Mug - Dragonfly | Blaze International | 1 | $ | 11.11 | 23.00 |
| 39 | 216637 DISC - 937P4 - Prado Gourmet Stoneware - Casserole Dish - Tortilla Warmer - Purp | Blaze International | 1 | $ | 32.86 | 66.00 |
| 40 | 213407 KO1C7 - Padilla Stoneware - 12oz Mug - Individual - Kokopelli - Neutral Gloss | Blaze International | 1 | $ | 6.69 | 14.00 |
| 40 | 215742 DISC - 578CT - Mara Stoneware Pasta Plate - Cats | Blaze International | 1 | $ | 27.18 | 55.00 |

| | Item | Vendor | Qty | | Price | Amount |
|---|---|---|---|---|---|---|
| 40 | 216350 562DE - Mara Stoneware Square 9in Plate Desert | Blaze International | 1 | $ | 14.42 | 29.00 |
| 40 | 217614 DISC - FL1N4 - Padilla Stoneware - 16oz Mug - Individual - Flare - Cranberry | Blaze International | 1 | $ | 5.86 | 12.00 |
| 40 | 216417 DISC - 951C5 - Prado Gourmet Stoneware - Square Dinner Plate - Rustic Brown | Blaze International | 4 | $ | 13.25 | 27.00 |
| 41 | 216009 548SW - Mara Stoneware 8in 20oz Bowl - South West | Blaze International | 1 | $ | 14.70 | 30.00 |
| 41 | 216330 540T5 - Mara Stoneware 12in Platter - Hum Bird | Blaze International | 1 | $ | 24.90 | 50.00 |
| 41 | 215966 DISC - 540S4 - Mara Stoneware 12in Platter - Cats Blue | Blaze International | 2 | $ | 24.90 | 50.00 |
| 42 | 431056 Set of 3 Rainbow Copper Drip Metal (Inner Wing) Butterflies | Montoya | 1 | $ | 20.00 | 40.00 |
| 42 | 435135 13in Savanna Tree - Medium | Montoya | 1 | $ | 7.00 | 14.00 |
| 42 | 433238 22in. Iron Dolphin Wall Art - Turquoise | Montoya | 2 | $ | 5.00 | 10.00 |
| 42 | 431055 Set of 3 Rainbow Copper Drip Metal Kokopellis | Montoya | 4 | $ | 25.00 | 50.00 |
| 42 | 126732 Rustic Metal Scroll Design - Small Plate Stand - 6in H x 5.5in W x 6in D | | 11 | $ | 5.00 | 10.00 |
| 42 | 126733 Rustic Metal Scroll Design - Large Plate Stand - 8in H x 9in W x 9in D | | 12 | $ | 7.00 | 14.00 |
| 43 | 130134 DBZ-015 - Doorbell - Metal - Golf Bag Pro - Bronze-Plated | Companys Coming | 1 | $ | 12.25 | 25.00 |
| 43 | 130191 THM-086 Golf Bag Thermometer Wall Hanging | Companys Coming | 1 | $ | 16.50 | 33.00 |
| 43 | 130193 THM-094 Dolphin Thermometer Wall Hanging | Companys Coming | 1 | $ | 14.95 | 30.00 |
| 43 | 140235 3 inch Woven Vase - Extra Small - Assorted set of 4 | Arlette Overseas, IN | 1 | $ | 3.00 | 6.00 |
| 43 | 141121 Southwest Kitchen Garden - Book | Treasure Chest Boo | 1 | $ | 10.97 | 22.00 |
| 43 | 141123 1887896503 - Saints of the Southwest Blank Journal | Treasure Chest Boo | 1 | $ | 2.99 | 6.00 |
| 43 | 160082 WD4298B - Buffalo Silhouette Border - SHIPPED SEPARATELY | York Wallcoverings | 1 | $ | 11.60 | 24.00 |
| 43 | 212229 DISC - GH1P9 - Padilla Stoneware - 10oz Goblet with Handle - Matte Green | Blaze International | 1 | $ | 5.50 | 11.00 |
| 43 | 212714 OR1N4 - Padilla Stoneware - 12oz Mug - Individual - Original - Cranberry | Blaze International | 2 | $ | 6.69 | 14.00 |
| 43 | 212731 OR1Q1 - Padilla Stoneware - 12oz Mug - Individual - Original - Copper | Blaze International | 1 | $ | 6.69 | 14.00 |
| 43 | 212732 OR1Q2 - Padilla Stoneware - 12oz Mug - Individual - Original - Light Purple | Blaze International | 1 | $ | 6.69 | 14.00 |
| 43 | 213605 SR1C5 - Padilla Stoneware - 16oz Mug - Individual - Soup Mug - Rustic Brown | Blaze International | 1 | $ | 7.00 | 14.00 |
| 43 | 531821 D11239 - Napkin Holder - Wood-Pewter - Adirondack Chair | Thirstystone | 1 | $ | 7.50 | 15.00 |
| 43 | 141105 Lizards for Lunch - A Roadrunners Tale. Conrad J. Storad | Thirstystone | 2 | $ | 8.80 | 18.00 |
| 43 | 160326 XFLPRQ005C - Fleur Parquet Tissue Box | Blonder Home Acce | 2 | $ | 15.00 | 30.00 |
| 43 | 212329 DISC - GO1P9 - Padilla Stoneware - 10oz Goblet - Matte Green | Blaze International | 2 | $ | 5.50 | 11.00 |
| 43 | 160279 Southwest Salsa Oil Cruet | Blonder Home Acce | 3 | $ | 9.00 | 18.00 |
| 43 | 217931 DISC - TR1Q1 - Padilla Stoneware - 16oz Mug - Individual - Traditional - Copper | Blaze International | 3 | $ | 5.86 | 12.00 |
| 43 | 141120 Many Faces of Mata Ortiz Postcard Book | Treasure Chest Boo | 4 | $ | 5.47 | 11.00 |
| 43 | 141107 Don't Call Me Pig - Book | | 5 | $ | 5.00 | 10.00 |
| 44 | 110008 803 - Sandstone Luminaria Votive Large | B and B Apache Ca | 1 | $ | 19.70 | 40.00 |
| 44 | 151296 WDKS247 - Winnipeg King Sham 20 x 40 (SHIPPED SEPARATELY) | Wooded River | 1 | $ | 37.00 | 74.00 |

| # | Item / Description | Vendor | Qty | | Price | Total |
|---|---|---|---|---|---|---|
| 44 | 160263 XBAPT086X - Tuscan Chef Pot Holder | Blonder Home Acce | 1 | $ | 3.00 | 6.00 |
| 44 | 160349 XFISHF008F - Fish Fantasy Shower Curtain | Blonder Home Acce | 1 | $ | 12.50 | 25.00 |
| 44 | 190004 Rustic Wall Art - 12" Kokopelli Left Facing - Rust Finish | C.B.M Metal Works | 1 | $ | 10.00 | 20.00 |
| 44 | 212021 DISC - CS2P1 - Padilla Stoneware - Creamer and Sugar Set - Lime Green | Blaze International | 1 | $ | 14.25 | 29.00 |
| 44 | 216196 510R6 - Mara Stoneware Mug 16oz Healing Hand | Blaze International | 1 | $ | 11.11 | 23.00 |
| 44 | 216245 510Z6 - Mara Stoneware Mug 16oz Virgo | Blaze International | 1 | $ | 11.11 | 23.00 |
| 44 | 216541 510E4 - Mara Stoneware 16oz Round Mug - Dragonfly | Blaze International | 1 | $ | 11.11 | 23.00 |
| 44 | 530824 FNRDKORT Kokopelli Flat Napkin Ring | Thirstystone | 1 | $ | 10.00 | 20.00 |
| 44 | 538405 WATT8 - 8in Texas Tech Mini Wall Art | Thirstystone | 1 | $ | 11.00 | 22.00 |
| 44 | 182838R1LSF-1030-R - Lamp Finial - Hopi Sun - Rust Patina –CM (SHIPPED SEPARATELY) | Ironwood Industries | 1 | $ | 8.00 | 16.00 |
| 44 | 120139 Disc - M9 - Midnight Frost Plate | B and B Apache Ca | 2 | $ | 23.75 | 48.00 |
| 44 | 128301 Hand Painted Terra Cotta Ornament - Cowboy Boot | Nine Hills Ceramic § | 2 | $ | 4.00 | 8.00 |
| 44 | 148365 DI5002SL04 - Southwest Melamine Dinnerware Set of 4  Salad Plate | HiEnd Accents | 3 | $ | 10.00 | 20.00 |
| 44 | 190014 Rustic Iron Hanging Mountain Scene - Monument Valley - Copper and Silver Finish | C.B.M Metal Works | 3 | $ | 30.00 | 60.00 |
| 44 | 271620 15 Gecko Cookie Cutter | Casa Noel | 3 | $ | 1.50 | 3.00 |
| 44 | 148361 DI5001DP04 - Western Melamine - Dinner Plate - Set of 4 | HiEnd Accents | 4 | $ | 14.00 | 28.00 |
| 44 | 251150 Plastic Folding Plate Stand 9in H x 6in W x 6in D | Gem Show Vendor | 4 | $ | 2.00 | 4.00 |
| 45 | 129007 Rustic Hanging Mug Tree - Woven Base - Black | Tripar International | 2 | $ | 7.00 | 14.00 |
| 45 | 129011 Black Industrial Metal Easel - 12 inch | Tripar International | 3 | $ | 5.75 | 12.00 |
| 45 | 129009 Rustic Gunmetal Triangular Easel - 11 inch w/1.75in Bracket Depth | Tripar International | 4 | $ | 4.50 | 9.00 |
| 45 | 129010 Black Metal Easel - 10 inch - with Ball Ends | Tripar International | 4 | $ | 4.50 | 9.00 |
| 45 | 129008 Black Wooden Easel Stand - 9 inch | Tripar International | 6 | $ | 3.50 | 7.00 |
| 45 | 129000 Black Metal Easel - 12 inch - with Ball Ends | Tripar International | 16 | $ | 5.00 | 10.00 |
| 46 | 165053 Kokopelli Trumpet - Right Facing - 24-inch Wall Art - Sunset Swirl | Crooks Designs, LL | 1 | $ | 40.00 | 80.00 |
| 46 | 165123 Traditional Kokopelli - Left Facing - 24-inch Wall Art - Sunset Swirl | Crooks Designs, LL | 1 | $ | 40.00 | 80.00 |
| 46 | 165163 Sunburst 24 Point - 24-inch Wall Art - Rust | Crooks Designs, LL | 1 | $ | 40.00 | 80.00 |
| 46 | 165263 Traditional Kokopelli - Right Facing - 24-inch Wall Art - Rust | Crooks Designs, LL | 1 | $ | 32.00 | 64.00 |
| 46 | 165273 Traditional Kokopelli - Left Facing - 24-inch Wall Art - Rust | Crooks Designs, LL | 1 | $ | 32.00 | 64.00 |
| 46 | 165292 Southwest Coyote Left Facing - 18-inch - Rust | Crooks Designs, LL | 1 | $ | 16.00 | 32.00 |
| 46 | 165013 Sunburst 24 Point - 24-inch - Sunset Swirl | Crooks Designs, LL | 2 | $ | 63.00 | 126.00 |
| 47 | 165211 Kokopelli Trumpet - Left Facing - 12-inch - Rust | Crooks Designs, LL | 1 | $ | 8.00 | 16.00 |
| 47 | 165221 Happy Face Sun - 12-inch - Rust | Crooks Designs, LL | 1 | $ | 10.00 | 20.00 |
| 47 | 165261 Traditional Kokopelli - Right Facing - 12-inch - Rust | Crooks Designs, LL | 1 | $ | 8.00 | 16.00 |
| 47 | 165281 Southwest Coyote - Right Facing - 12-inch - Rust | Crooks Designs, LL | 1 | $ | 8.00 | 16.00 |

| 47 | 165291 | Southwest Coyote Left Facing - 12-inch - Rust | Crooks Designs, LL | 1 | $ | 8.00 | $ | 16.00 |
|---|---|---|---|---|---|---|---|---|
| 47 | 165351 | Framed - Kokopelli Trumpet - Right Facing - 13-inch - Sunset Swirl | Crooks Designs, LL | 1 | $ | 16.00 | $ | 32.00 |
| 47 | 165749 | 12in Round Rustic Metal Garden Wall Clock | Crooks Designs, LL | 1 | $ | 10.00 | $ | 20.00 |
| 47 | 165905 | 7in Rustic Metal Table Top Sculpture - Southwest Gecko | Crooks Designs, LL | 1 | $ | 6.00 | $ | 12.00 |
| 47 | 167111R | Cactus Single Rocker Switch Plate - Natural | Crooks Designs, LL | 1 | $ | 6.00 | $ | 12.00 |
| 47 | 167211S | Coyote Single Standard Switch Plate - Natural | Crooks Designs, LL | 1 | $ | 6.00 | $ | 12.00 |
| 47 | 168011S | Lizard S-Shaped Single Standard Switch Plate - Natural | Crooks Designs, LL | 1 | $ | 6.00 | $ | 12.00 |
| 47 | 168213S | Quail Triple Standard Switch Plate - Natural Wood | Crooks Designs, LL | 1 | $ | 9.00 | $ | 18.00 |
| 47 | 168411S | Sun 24 point Single Standard Switch Plate - Natural | Crooks Designs, LL | 1 | $ | 6.00 | $ | 12.00 |
| 47 | 165751 | Southwest Clock - Coyote - 13-inch - Sunset Swirl | Crooks Designs, LL | 2 | $ | 28.00 | $ | 56.00 |
| 47 | 165191 | Kokopelli Golfer - 12-inch - Rust | Crooks Designs, LL | 3 | $ | 8.00 | $ | 16.00 |
| 47 | 188410 | Sun 24 point Single Outlet Switch Plate - Natural | Crooks Designs, LL | 3 | $ | 6.00 | $ | 12.00 |
| 48 | 213205 | HH1C5 - Padilla Stoneware - 14oz Mug - Individual - Hand to Hand - Rustic Brown | Blaze International | 1 | $ | 7.00 | $ | 14.00 |
| 48 | 213232 | HH1Q2 - Padilla Stoneware - 14oz Mug - Individual - Hand to Hand - Light Purple | Blaze International | 1 | $ | 7.00 | $ | 14.00 |
| 48 | 216677 | 510G2 - Mara Stoneware Mug 16oz Lady Bug | Blaze International | 1 | $ | 11.11 | $ | 23.00 |
| 48 | 217613 | DISC - FL1N3 - Padilla Stoneware - 16oz Mug - Individual - Flare - Royal Blue | Blaze International | 1 | $ | 5.86 | $ | 12.00 |
| 49 | 161333 | Large 7in Tall Circle of Friends - 4 People - Earthy Orange | Vel-Mex Corp. | 1 | $ | 4.00 | $ | 8.00 |
| 49 | 161368 | Large 7in Tall Circle of Friends - 5 People - Green and Gold Whitewash | Vel-Mex Corp. | 1 | $ | 5.00 | $ | 10.00 |
| 49 | 161336 | Large 7in Tall Circle of Friends - 4 People - Multi Eathrtones Whitewash | Vel-Mex Corp. | 7 | $ | 4.00 | $ | 8.00 |
| 50 | 161359 | Circle of Friends - 7 Friends Tall - Earthy Green | Vel-Mex Corp. | 2 | $ | 7.00 | $ | 14.00 |
| 51 | 161333 | Large 7in Tall Circle of Friends - 4 People - Earthy Orange | Vel-Mex Corp. | 1 | $ | 4.00 | $ | 8.00 |
| 51 | 161374 | Circle of Friends - 7in Tall Circle of 5 Friends Candle Holder - Earthy Orange Whitewa | Vel-Mex Corp. | 1 | $ | 5.00 | $ | 10.00 |
| 51 | 161336 | Large 7in Tall Circle of Friends - 4 People - Multi Eathrtones Whitewash | Vel-Mex Corp. | 4 | $ | 4.00 | $ | 8.00 |
| 52 | 161100 | Painted Ceramic Steer Skull | Vel-Mex Corp. | 2 | $ | 20.00 | $ | 40.00 |
| 53 | 161359 | Circle of Friends - 7 Friends Tall - Earthy Green | Vel-Mex Corp. | 1 | $ | 7.00 | $ | 14.00 |
| 54 | 129010 | Black Metal Easel - 10 inch - with Ball Ends | Tripar International | 1 | $ | 4.50 | $ | 9.00 |
| 54 | 132012 | Medium Polished Petrified Wood Bookends | Rock Castle | 1 | $ | 68.00 | $ | 136.00 |
| 54 | 140049 | 6in Embedded Ammonite Fossil Bookends - Brown | Gem Show Vendor | 1 | $ | 12.00 | $ | 24.00 |
| 54 | 161316 | Circle of Friends - 5 People 5in H Mini - Green, Red, Gold Multi | Vel-Mex Corp. | 1 | $ | 4.50 | $ | 9.00 |
| 54 | 172028 | Buffalo Ironwood Lamp Finial - 5503 | EarthView Inc. | 1 | $ | 7.00 | $ | 14.00 |
| 54 | 172169 | 5in Tall Kokopelli Ironwood Carving - 1851 | EarthView Inc. | 1 | $ | 11.00 | $ | 22.00 |
| 54 | 251150 | Plastic Folding Plate Stand 9in H x 6in W x 6in D | Gem Show Vendor | 1 | $ | 2.00 | $ | 4.00 |
| 54 | 148231 | DI4001SR-OS-CR - Savannah Cream  Spoon Rest | HiEnd Accents | 3 | $ | 7.00 | $ | 14.00 |
| 55 | 158031 | Disc - JB1110-4 - Sierra - Twin Bedding Ensemble | Carstens | 1 | $ | 140.00 | $ | 280.00 |

| # | Description | Vendor | Qty | Unit | Total |
|---|---|---|---|---|---|
| 56 | 161336 Large 7in Tall Circle of Friends - 4 People - Multi Eathrtones Whitewash | Vel-Mex Corp. | 5 | $ 4.00 | 8.00 |
| 57 | 119003-6 Zimbabwe Red Soap Stone Carving - Mother and Baby | Hans Griss | 1 | $ 20.00 | 40.00 |
| 58 | 119013-2IZimbabwe - Rapoco Stone Carving - Owl Bookends | Hans Griss | 1 | $ 70.00 | 140.00 |
| 59 | 118217 Sengal - Authentic African Hand Carved Mahogany - Side Facing Masks - Set of 2 | Dioum Basket | 1 | $ 40.00 | 80.00 |
| 60 | 158087 Disc - JB1133 - Rayos - Full-Queen Bedding Ensemble | Carstens | 1 | $ 190.00 | 380.00 |
| 61 | 215581 POST4 - Wood Mug Holder Post for 4 Mara Mugs | Blaze International | 1 | $ - | 0.00 |
| 61 | 215581 POST4 - Wood Mug Holder Post for 4 Mara Mugs | Blaze International | 1 | $ - | 0.00 |
| 61 | 215582 POST6 - Wood Mug Holder Post for Six Mara Mugs | Blaze International | 1 | $ - | 0.00 |
| 61 | 215584R Wooden Mug Display Post for Six Large Mugs - Red Mahogany Stained | Adolfo Pedroza | 1 | $ 6.00 | 12.00 |
| 61 | 215584N Wooden Mug Display Post for Six Large Mugs - Natural Pine | Adolfo Pedroza | 3 | $ 6.00 | 12.00 |
| 62 | 119089 Zimbabwe - Hand Carved Giraffe Family - Natural - Large | Hans Griss | 1 | $ 36.00 | 72.00 |
| 62 | 119092 Zimbabwe - Hand Carved Giraffe - Natural - Small | Hans Griss | 4 | $ 11.00 | 22.00 |
| 62 | 119091 Zimbabwe - Hand Carved Giraffe - Natural - Large | Hans Griss | 5 | $ 25.50 | 51.00 |
| 62 | 119090 Zimbabwe - Hand Carved Giraffe Family - Natural - Medium | Hans Griss | 6 | $ 27.00 | 54.00 |
| 62 | 119092 Zimbabwe - Hand Carved Giraffe - Natural - Small | Hans Griss | 27 | $ 11.00 | 22.00 |
| 63 | 119003-6IZimbabwe Red Soap Stone Carving - Mother and Baby | Hans Griss | 1 | $ 20.00 | 40.00 |
| 64 | 129006 Rustic Hanging Mug Tree - Rust Brown | Tripar International | 4 | $ 9.25 | 19.00 |
| 65 | 215583N Wooden Mug Display Post for Four Large Mugs - Natural Pine | Adolfo Pedroza | 1 | $ 6.00 | 12.00 |
| 65 | 215583B Wooden Mug Display Post for Four Large Mugs - Brown Stained | Adolfo Pedroza | 3 | $ 6.00 | 12.00 |
| 66 | 161346 Large 7in Tall Circle of Friends - 5 People - Green, Red, and Gold Whitewash.. | Vel-Mex Corp. | 1 | $ 5.00 | 10.00 |
| 66 | 161349 Circle of Friends - Large 7in Tall Circle of Friends - 5 People - Earthy Brown Whitewasl | Vel-Mex Corp. | 1 | $ 5.00 | 10.00 |
| 66 | 161356 Circle of Friends - 7 Friends Tall - Green Multi | Vel-Mex Corp. | 1 | $ 7.00 | 14.00 |
| 67 | 161356 Circle of Friends - 7 Friends Tall - Green Multi | Vel-Mex Corp. | 1 | $ 7.00 | 14.00 |
| 67 | 161357 Large Circle of Friends - 7 Friends 7in Tall - Red, Gold and Green Layers | Vel-Mex Corp. | 1 | $ 7.00 | 14.00 |
| 68 | 171175 IC9850 - 3D Zia Metal Wall Clock --CM (SHIPPED SEPARATELY) | IronCraft | 1 | $ 114.00 | 228.00 |
| 69 | 165875 10in Silk Screen Rustic Metal Wall Art - Southwest Cross | Crooks Designs, LL | 3 | $ 14.00 | 28.00 |
| 69 | 165880 10in Silk Screen Rustic Metal Wall Art - Kokopelli Golfer | Crooks Designs, LL | 6 | $ 12.00 | 24.00 |
| 69 | 165882 10in Silk Screen Rustic Metal Wall Art - Right Kokopelli Trumpeter | Crooks Designs, LL | 6 | $ 12.00 | 24.00 |
| 70 | 165888 10in Silk Screen Rustic Metal Wall Art - Sand Rail Rock Climber | Crooks Designs, LL | 1 | $ 14.00 | 28.00 |
| 70 | 165879 10in Silk Screen Rustic Metal Wall Art - Right Kokopelli Flute Player | Crooks Designs, LL | 2 | $ 12.00 | 24.00 |
| 70 | 165877 10in Silk Screen Rustic Metal Wall Art - Four Wheeling | Crooks Designs, LL | 3 | $ 14.00 | 28.00 |
| 70 | 165872 10in Silk Screen Rustic Metal Wall Art - Southwest Saguaro cactus | Crooks Designs, LL | 4 | $ 12.00 | 24.00 |
| 70 | 165874 10in Silk Screen Rustic Metal Wall Art - Right Facing Southwest Coyote | Crooks Designs, LL | 4 | $ 12.00 | 24.00 |
| 70 | 165885 10in Silk Screen Rustic Metal Wall Art - Kokopelli on Quad | Crooks Designs, LL | 5 | $ 14.00 | 28.00 |

| | SKU | Description | Vendor | Qty | | Unit | | Total |
|---|---|---|---|---|---|---|---|---|
| 70 | 165884 | 10in Silk Screen Rustic Metal Wall Art - Southwest S Gecko | Crooks Designs, LLt | 6 | $ | 12.00 | $ | 24.00 |
| 70 | 165886 | 10in Silk Screen Rustic Metal Wall Art - 12-Point Southwest Sun | Crooks Designs, LL | 8 | $ | 14.00 | $ | 28.00 |
| 71 | 161304 | Small 5in Tall Circle of Friends - 4 People - Gold with Green and Red | Vel-Mex Corp. | 1 | $ | 3.60 | $ | 8.00 |
| 71 | 161317 | Small 5in Tall Circle of Friends - 4 People - Teal Multi-Color | Vel-Mex Corp. | 5 | $ | 3.60 | $ | 8.00 |
| 72 | 165877 | 10in Silk Screen Rustic Metal Wall Art - Four Wheeling | Crooks Designs, LLt | 1 | $ | 14.00 | $ | 28.00 |
| 72 | 165871 | 10in Silk Screen Rustic Metal Wall Art - Southwest Cyclist | Crooks Designs, LLt | 2 | $ | 14.00 | $ | 28.00 |
| 72 | 165888 | 10in Silk Screen Rustic Metal Wall Art - Sand Rail Rock Climber | Crooks Designs, LLt | 3 | $ | 14.00 | $ | 28.00 |
| 72 | 165876 | 10in Silk Screen Rustic Metal Wall Art - Endo Cyclist | Crooks Designs, LLt | 5 | $ | 14.00 | $ | 28.00 |
| 72 | 165883 | 10in Silk Screen Rustic Metal Wall Art - Southwest C Gecko | Crooks Designs, LLt | 5 | $ | 14.00 | $ | 28.00 |
| 72 | 165889 | 10in Silk Screen Rustic Metal Wall Art - SXS Side By Side | Crooks Designs, LLt | 5 | $ | 14.00 | $ | 28.00 |
| 73 | 161349 | Circle of Friends - Large 7in Tall Circle of Friends - 5 People - Earthy Brown Whitewasl | Vel-Mex Corp. | 1 | $ | 5.00 | $ | 10.00 |
| 73 | 161356 | Circle of Friends - 7 Friends Tall - Green Multi | Vel-Mex Corp. | 1 | $ | 7.00 | $ | 14.00 |
| 74 | 140046 | Set of Three 8-12in Cats Rustic Wood Carvings - Brown | Blake Brothers | 1 | $ | 12.50 | $ | 25.00 |
| 74 | 140043 | Set of Three 6-10in Cats Rustic Wood Carvings - Red | Blake Brothers | 2 | $ | 10.00 | $ | 20.00 |
| 74 | 140044 | Set of Three 6-10in Cats Rustic Wood Carvings - Black and Gold | Blake Brothers | 2 | $ | 10.00 | $ | 20.00 |
| 74 | 140045 | Set of Three 6-10in Cats Rustic Wood Carvings - Black and Amber | Blake Brothers | 3 | $ | 10.00 | $ | 20.00 |
| 74 | 140038 | Set of Three 4-8in Owls Rustic Wood Carvings - Pointy White | Blake Brothers | 4 | $ | 7.50 | $ | 15.00 |
| 74 | 140039 | Set of Three 4-6in Owls Rustic Wood Carvings - Etched Ovals | Blake Brothers | 4 | $ | 7.50 | $ | 15.00 |
| 74 | 140040 | Set of Three 2-4in Owls Rustic Wood Carvings - Purple Flowers | Blake Brothers | 4 | $ | 7.50 | $ | 15.00 |
| 74 | 140041 | Set of Three 4-6in Owls Rustic Wood Carvings - Dots and Slots | Blake Brothers | 4 | $ | 7.50 | $ | 15.00 |
| 74 | 140042 | Set of Three 2-4in Owls Rustic Wood Carvings - Etched Dots | Blake Brothers | 4 | $ | 7.50 | $ | 15.00 |
| 75 | 328231 | Brown and White Cowhide Shaped Drink Coaster Set of 4 | Arte Nobre | 3 | $ | 5.80 | $ | 12.00 |
| 75 | 328237 | Holstein Black and White Cowhide Shaped Drink Coaster Set of 4 | Arte Nobre | 4 | $ | 5.80 | $ | 12.00 |
| 75 | 328238 | Devore Metallic Silver Cowhide Shaped Drink Coaster Set of 4 | Arte Nobre | 27 | $ | 5.80 | $ | 12.00 |
| 75 | 328239 | Solid Gray Cowhide Shaped Drink Coaster Set of 4 | Arte Nobre | 32 | $ | 5.80 | $ | 12.00 |
| 76 | 131176 | Disc - VLDP1003 - Hand-Painted Drawer Knob - Big Knob Baseball | Vickilane Design | 1 | $ | 6.75 | $ | 14.00 |
| 76 | 131213 | 14-inch Huichol Beaded Iguana Figurine | Peyote Visoins | 1 | $ | 124.00 | $ | 248.00 |
| 76 | 524845 | ALBTHT4NF - 4in. Artlites Votive Candle Holder - Cowboy Boots and Hat - Natural Fus | Thirstystone | 1 | $ | 6.75 | $ | 14.00 |
| 76 | 531857 | D11233 - S and P Shakers with Holder - Wood-Pewter - Adirondack Chair | Thirstystone | 1 | $ | 12.50 | $ | 25.00 |
| 76 | 548663 | ALNSHOS4NF - 4in. Artlites Votive Candle Holder - Horseshoes - Natural Fusion | Thirstystone | 1 | $ | 6.75 | $ | 14.00 |
| 76 | 548695 | ORWYOLFS3NF - Ornament - Metal - Way of Life Skull - Natural Fusion | Thirstystone | 1 | $ | 4.25 | $ | 9.00 |
| 76 | 182426BI | DRC-9391-BI - Forged Drapery Rod Bracket for 1.25 Inch Rod - Blackened Iron Patina | Ironwood Industries | 1 | $ | 15.00 | $ | 30.00 |
| 76 | 182475R | IFA-9045-R - Fireplace Match Holder - Hopi Sun - Rust Patina --CM (SHIPPED SEPAR | Ironwood Industries | 1 | $ | 16.00 | $ | 32.00 |
| 76 | 130261 | Micro Seed Bead Ornament - Turtle - Black and Green | Albert Chavez | 2 | $ | 6.00 | $ | 12.00 |

| # | Description | Vendor | Qty | | Price | | Total |
|---|---|---|---|---|---|---|---|
| 76 | 130262 Micro Seed Bead Ornament - Parakeet - Black | Albert Chavez | 2 | $ | 6.00 | | 12.00 |
| 76 | 537327 WHHAKOPU - 7in. Metal Wall Hooks - Happy Kokopellis - Transparent Purple --FD | Thirstystone | 2 | $ | 10.00 | | 20.00 |
| 76 | 548656 BNLTOMHP - Metal Night Light - Tom - Honey Pinion | Thirstystone | 2 | $ | 9.00 | | 18.00 |
| 76 | 130265 Micro Seed Bead Ornament - Bald Eagle | Albert Chavez | 3 | $ | 6.00 | | 12.00 |
| 76 | 665003 SK163 Pony Play Anklet Socks | Polar Graphics | 5 | $ | 2.35 | | 5.00 |
| 77 | 268983 TSDH2 Glory I Coasters - Set of 4 | Thirstystone Resour | 2 | $ | 10.00 | | 20.00 |
| 77 | 269727 D5001 - No Smoking - Carsters Set (2) | Thirstystone Resou | 2 | $ | 2.00 | | 4.00 |
| 77 | 220044 VHR4 - Kevin Harvick 2005 - Occasions Coaster Set (4) | Thirstystone Resou | 4 | $ | 8.50 | | 17.00 |
| 77 | 269755 D5031 - My Kids Drive Me Crazy - Carsters Set (2) | Thirstystone Resou | 8 | $ | 2.00 | | 4.00 |
| 77 | 269748 D5024 -Soccer Mom - Carsters Set (2) | Thirstystone Resou | 15 | $ | 2.00 | | 4.00 |
| 77 | 269749 D5025 - Mom's Taxi - Carsters Set (2) | Thirstystone Resou | 20 | $ | 2.00 | | 4.00 |
| 78 | 32455-12' Custom Cowhide Patchwork Rug - [COLOR] Large Rectangles - Size:237in x 27in | Arte Nobre | 1 | $ | 495.41 | | 991.00 |
| 80 | 235293 Peace! Be Still! by James Seward - Canvas - Signed and Num. - LE (350) - 20in x 30in | Somerset Fine Art | 1 | $ | 197.50 | | 395.00 |
| 81 | 120404-1-Hand Carved Wood - Painted Totem - 20-inch | Blake Brothers | 1 | $ | 32.50 | | 65.00 |
| 82 | 140049 6in Embedded Ammonite Fossil Bookends - Brown | Gem Show Vendor | 5 | $ | 12.00 | | 24.00 |
| 83 | 451605-1-KIL2213-576 - Flat-Weave Traditional Rug - 5ft x 7.5ft (SHIPPED SEPARATELY) | Chandra Rugs | 1 | $ | 113.00 | | 226.00 |
| 84 | 144704 WML-208 - Trophy Head - Longhorn | Carstens | 1 | $ | 18.50 | | 37.00 |
| 85 | 116101 Blown Glass Blue Rim Tumbler - 16 oz | Montoya | 1 | $ | 4.00 | | 8.00 |
| 85 | 116111 Blown Glass Green Rim Tumbler - 16 oz | Montoya | 1 | $ | 4.00 | | 8.00 |
| 85 | 116130 Blown Glass Spiral Grip - Blue Tumbler - 8 oz | Montoya | 1 | $ | 4.00 | | 8.00 |
| 85 | 116153 Blown Glass Spiral Grip - Red Wine Glass - 9 oz | Montoya | 1 | $ | 5.50 | | 11.00 |
| 85 | 116160 Blown Glass Swirl - Blue Tumbler - 8 oz | Montoya | 1 | $ | 4.00 | | 8.00 |
| 85 | 116171 Blown Glass Swirl - Green Tumbler - 16 oz | Montoya | 1 | $ | 4.00 | | 8.00 |
| 85 | 116183 Blown Glass Swirl - Red Wine Glass - 9 oz | Montoya | 1 | $ | 5.50 | | 11.00 |
| 85 | 116186 Blown Glass Swirl - Red Shot Glass - 2.75 oz | Montoya | 1 | $ | 4.50 | | 9.00 |
| 85 | 116159 Spiral Grip - Red Wine Glass with Clear Base - 9 oz | Montoya | 9 | $ | 5.50 | | 11.00 |
| 85 | 116149 Spiral Grip - Green Wine Glass with Clear Base - 9 oz | Montoya | 14 | $ | 5.00 | | 10.00 |
| 86 | 161182 Fiesta Diamond Blanket - 4ft x 7ft - Yellow | Vel-Mex. Corp. | 1 | $ | 12.00 | | 24.00 |
| 86 | 165284 Southwest Coyote - Right Facing - 30-inch - Rust | Crooks Designs, LL | 1 | $ | 63.00 | | 126.00 |
| 86 | 165583 30in Southwest Decor Saguaro Cactus Metal Yard Art in Rust Finish | Crooks Designs, LL | 1 | $ | 63.00 | | 126.00 |
| 86 | 165749 12in Round Rustic Metal Garden Wall Clock | Crooks Designs, LL | 1 | $ | 10.00 | | 20.00 |
| 86 | 433239 20in. Iron Steer Skull Wall Art - Turquoise | Montoya | 1 | $ | 6.00 | | 12.00 |
| 87 | 328213 Natural Solid Gray Cowhide Coasters - Set of 4 | Arte Nobre | 1 | $ | 5.20 | | 11.00 |
| 87 | 328204 Authentic Safari Tiger Print on Caramel Cowhide Coaster - Set of 4 | Arte Nobre | 3 | $ | 5.20 | | 11.00 |

| | | | | | |
|---|---|---|---|---|---|
| 87 | 328210 Brown and White Cowhide Coasters - Set of 4 | Arte Nobre | 3 | $ 5.20 | $ 11.00 |
| 87 | 328213 Natural Solid Gray Cowhide Coasters - Set of 4 | Arte Nobre | 4 | $ 5.20 | $ 11.00 |
| 87 | 328214 Natural Light Brindle Cowhide Coasters - Set of 4 | Arte Nobre | 15 | $ 5.20 | $ 11.00 |
| 87 | 328201 Authentic Black Leather Coaster - Set of 4 | Arte Nobre | 24 | $ 5.20 | $ 11.00 |
| 87 | 328200 Authentic Cowhide Coaster - Set of 4 | Arte Nobre | 155 | $ 5.20 | $ 11.00 |
| 88 | 215555 510K5 - Mara Stoneware Mug 16oz Pine Trees | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 215632 510B0 - Mara Stoneware Mug 16oz Bears | Blaze International | 1 | $ 10.48 | $ 21.00 |
| 88 | 215639 510B7 - Mara Stoneware Mug 16oz Roadrunner | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 215648 510C7 - Mara Stoneware Mug 16oz Frogs | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 215902 510P1 - Mara Stoneware Mug 16oz Desert Turtle | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216228 510T2 - Mara Stoneware Mug 16oz Kitties | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216231 510T5 - Mara Stoneware Mug 16oz Ravens | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216523 510U9 - Mara Stoneware Mug 16oz Fish School | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216524 510V1 - Mara Stoneware Mug 16oz Hearts | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216544 510E7 - Mara Stoneware 16oz Round Mug - Arches | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216545 510E8 - Mara Stoneware 16oz Round Mug - Feathers | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216730 510W2 - Mara Stoneware Mug 16oz Hiker | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216746 510W5 - Mara Stoneware Mug 16oz Golfer | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 88 | 216758 DISC - 510D5 - Mara Stoneware Mug 16oz Armadillo | Blaze International | 1 | $ 9.98 | $ 20.00 |
| 88 | 216201 510F1 - Mara Stoneware Mug 16oz Lovers | Blaze International | 3 | $ 11.11 | $ 23.00 |
| 89 | 216257 DISC - 511S2 - Mara Stoneware Mug 12oz Sq Gecko | Blaze International | 1 | $ 9.48 | $ 19.00 |
| 89 | 216271 511X2 - Mara Stoneware Mug 12oz Sq Snowflake | Blaze International | 1 | $ 10.55 | $ 22.00 |
| 89 | 216288 514N1 - Mara Stoneware Stein 15oz Mask Oval | Blaze International | 1 | $ 12.74 | $ 26.00 |
| 89 | 216541 510E4 - Mara Stoneware 16oz Round Mug - Dragonfly | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 89 | 216685 510G7 - Mara Stoneware Mug 16oz Desert Kokopelli | Blaze International | 1 | $ 11.11 | $ 23.00 |
| 89 | 216736 511R9 - Mara Stoneware Mug 12oz Square Mermaid | Blaze International | 1 | $ 10.55 | $ 22.00 |
| 89 | 216742 531DF - Mara Stoneware 24oz Serving Bowl Dragonfly | Blaze International | 1 | $ 21.70 | $ 44.00 |
| 89 | 216753 511Y6 - Mara Stoneware Mug 12oz Square Playful Cats | Blaze International | 1 | $ 10.55 | $ 22.00 |
| 89 | 215630 DISC - 510A8 - Mara Stoneware Mug 16oz Butterfly | Blaze International | 2 | $ 9.80 | $ 20.00 |
| 89 | 216255 511D9 - Mara Stoneware Mug 12oz Sq Flamingo | Blaze International | 2 | $ 10.55 | $ 22.00 |
| 89 | 216678 510G3 - Mara Stoneware Mug 16oz Skiers | Blaze International | 2 | $ 11.11 | $ 23.00 |
| 89 | 216703 511H2 - Mara Stoneware Mug 12oz Lady Bug | Blaze International | 2 | $ 10.55 | $ 22.00 |
| 89 | 216406 515DB - Mara Stoneware Lid Dark Brown (Fits Mara 16oz Mugs Only ) | Blaze International | 3 | $ 2.33 | $ 5.00 |
| 90 | 212732 OR1Q2 - Padilla Stoneware - 12oz Mug - Individual - Original - Light Purple | Blaze International | 1 | $ 6.69 | $ 14.00 |

| Page | Item | Supplier | Qty | Price | Total |
|---|---|---|---|---|---|
| 90 | 213623 SR1P3 - Padilla Stoneware - 16oz Mug - Individual - Soup Mug - Red | Blaze International | 1 | $ 7.00 | 14.00 |
| 90 | 213633 SR1Q3 - Padilla Stoneware - 16oz Mug - Individual - Soup Mug - Sky Blue | Blaze International | 1 | $ 7.00 | 14.00 |
| 90 | 216512 DISC - 951P9 - Prado Gourmet Stoneware - Square Dinner Plate - Matte Green | Blaze International | 1 | $ 13.25 | 27.00 |
| 90 | 216668 564DF - Mara Stoneware - Creamer & Sugar Set - Dragonfly | Blaze International | 1 | $ 18.82 | 38.00 |
| 90 | 218014 DISC - TW1N4 - Padilla Stoneware - 16oz Mug - Individual - Twister - Cranberry | Blaze International | 1 | $ 5.86 | 12.00 |
| 90 | 216311 521DS - Mara Stoneware Latte Plate Desert Tan | Blaze International | 2 | $ 6.09 | 13.00 |
| 91 | 216668 564DF - Mara Stoneware - Creamer & Sugar Set - Dragonfly | Blaze International | 1 | $ 18.82 | 38.00 |
| 91 | 182061LF Silhouette 2-Piece Single Rocker (GFI) Switch Plate - Pine Cones - Light Rust --CM (S | Ironwood Industries | 1 | $ 15.00 | 30.00 |
| 91 | 182090R Silhouette 2-Piece - Rocker (GFI) with Toggle Switch Plate - Cowboy - Rust Patina --C | Ironwood Industries | 1 | $ 18.00 | 36.00 |
| 91 | 182097Df Silhouette 2-Piece Rocker (GFI) with Toggle Switch Plate - Cowgirl - Dark Rust --CM ( | Ironwood Industries | 1 | $ 18.00 | 36.00 |
| 91 | 182101R Silhouette 2-Piece - Double Outlet Cover - Deer - Rust Patina --CM (SHIPPED SEPAR | Ironwood Industries | 1 | $ 18.00 | 36.00 |
| 91 | 182138R Silhouette - Rocker GFI Toggle Switch Plate - Horse - Rust Powder Coat | Ironwood Industries | 1 | $ 18.00 | 36.00 |
| 91 | 182141R Silhouette 2-Piece - Double Toggle Switch Plate - Kokopelli - Rust Patina --CM (SHIPP | Ironwood Industries | 1 | $ 18.00 | 36.00 |
| 91 | 182141R Silhouette 2-Piece - Double Toggle Switch Plate - Kokopelli - Rust Patina --CM (SHIPP | Ironwood Industries | 1 | $ 18.00 | 36.00 |
| 91 | 182236R Silhouette 2-Piece - Outlet With Two Toggle Switch Plate - Pine Trees -Rust Patina --C | Ironwood Industries | 1 | $ 21.00 | 42.00 |
| 91 | 182291R Powder Coated Metal - Triple Outlet Cover - Plain - Rust Powdercoat --CM (SHIPPED : | Ironwood Industries | 1 | $ 9.00 | 18.00 |
| 91 | 182829Bl LSF-1014-Bl - Lamp Finial - Deer - Blackened Iron Patina --CM (SHIPPED SEPARATE | Ironwood Industries | 1 | $ 8.00 | 16.00 |
| 91 | 182831R LSF-1018-R - Lamp Finial - Elk - Rust Patina --CM (SHIPPED SEPARATELY) | Ironwood Industries | 1 | $ 7.00 | 14.00 |
| 91 | 182837R LSF-1029-R - Lamp Finial - Gecko - Rust Patina --CM (SHIPPED SEPARATELY) | Ironwood Industries | 1 | $ 7.00 | 14.00 |
| 91 | 182838R LSF-1030-R - Lamp Finial - Hopi Sun - Rust Patina --CM (SHIPPED SEPARATELY) | Ironwood Industries | 1 | $ 8.00 | 16.00 |
| 91 | 182839Bl LSF-1032-Bl - Lamp Finial - Kokopelli - Blackened Iron Patina --CM (SHIPPED SEPAF | Ironwood Industries | 1 | $ 7.00 | 14.00 |
| 91 | 182839R LSF-1032-R - Lamp Finial - Kokopelli - Rust Patina --CM (SHIPPED SEPARATELY) | Ironwood Industries | 1 | $ 8.00 | 16.00 |
| 91 | 182842R lWLSF-1035 - Lamp Finial - Southwest Diamond Design - Rust Patina --CM (SHIPPEC | Ironwood Industries | 1 | $ 8.00 | 16.00 |
| 91 | 182287R Powder Coated Metal - Quad Toggle Switch Plate - Plain - Rust Patina --CM (SHIPPEl | Ironwood Industries | 2 | $ 13.00 | 26.00 |
| 91 | 182288R SO-1540 - Powder Coated Metal - Single Outlet Cover - Plain - Rust Patina --CM (SHIF | Ironwood Industries | 2 | $ 5.00 | 10.00 |
| 91 | 182290R SO-1544 - Powder Coated Metal - Outlet with Toggle Switch Plate - Plain - Rust Patina | Ironwood Industries | 2 | $ 7.00 | 14.00 |
| 91 | 182833R LSF-1022-R - Lamp Finial - Petroglyph Moose - Rust Patina --CM (SHIPPED SEPARA | Ironwood Industries | 2 | $ 7.00 | 14.00 |
| 91 | 182288R SO-1540 - Powder Coated Metal - Single Outlet Cover - Plain - Rust Patina --CM (SHIF | Ironwood Industries | 4 | $ 5.00 | 10.00 |
| 91 | 182284R Powder Coated Metal - Single Toggle Switch Plate - Plain - Rust Patina --CM (SHIPPE | Ironwood Industries | 5 | $ 4.50 | 9.00 |
| 92 | 158087 Disc - JB1133 - Rayos - Full-Queen Bedding Ensemble | Carstens | 1 | $ 190.00 | 380.00 |
| 93 | 322530Xl Premium Natural Brown and White Looks like a hereford - X-Large | Dekoland | 1 | $ 105.00 | 210.00 |
| 94 | 460241 48in Wooden Kiva Ladder in Terra Cotta Finish | Adolfo Pedroza | 1 | $ 25.00 | 50.00 |
| 95 | 322305-1 Safari Collection - Premium Cowhide - Baby Zebra Print on Off-White - Large - 36-45sc | Sunshine Cowhides | 1 | $ 249.00 | 498.00 |
| 96 | 18420Bab Cross Rug Rail - 63.5in - Antique Bronze | Ironwood Industries | 1 | $ 112.00 | 224.00 |

| | | | | | |
|---|---|---|---|---|---|
| 97 | 32361-86i Custom Cowhide Patchwork Rug - Electricity on [COLOR] - Size: 192in x 54in | Arte Nobre | 1 | $ | 869.57 | 1,740.00 |
| 99 | 251172 Horiz. Wall Display for Three 8in. Platters - Soft Silver | Tripar International | 1 | $ | 10.50 | 21.00 |
| 99 | 489702 24in - Natural Pine - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 22.00 | 44.00 |
| 99 | 490802 24in - Turquoise Stained Pine with Diamonds Rust Metal Accent - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 22.00 | 44.00 |
| 99 | 490905 42in - Turquoise Stained Pine with Arrow Rust Metal Accent - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 34.00 | 68.00 |
| 100 | 323157-1-323157 - Custom Cowhide Patchwork Rug - 8in x 16in Rectangles Gray Tone - 81in x i Arte Nobre | | 1 | $ | 287.42 | 575.00 |
| 101 | 146688 Disc - CM1001-F - 7 Pc Premium Comforter Set - Oak Camo - Full | HiEnd Accents | 1 | $ | 70.00 | 140.00 |
| 104 | 53837 1 TNVT12W - 12in Tennesee Vols (at top of in T ) Wall Art | Thirstystone | 1 | $ | 178.14 | 357.00 |
| 104 | 542142 LZINSPR12WSD - 12in Inspire Wall Art --DISC | Thirstystone | 1 | $ | 179.14 | 359.00 |
| 104 | 600019 17in Kokopelli and Sun Southwest Natural Pine Decorative Wood Wall Mirror | Adolfo Pedroza | 1 | $ | 180.14 | 361.00 |
| 104 | 600023 17in Three Pots Southwest Natural Pine Decorative Wood Wall Mirror | Adolfo Pedroza | 1 | $ | 181.14 | 363.00 |
| Unbc | 129004 Rustic Nesting Wooden Tables - Set of 2 | Tripar International | 1 | $ | 70.00 | 140.00 |
| Unbc | 171081 IC6668 - Diamondback Coat Rack - 7 Hooks --CM (SHIPPED SEPARATELY) | IronCraft | 1 | $ | 89.00 | 178.00 |
| Unbc | 202086 American Dakota Round Rugs - Chocolate Cowhide - 8ft Diameter | American Dakota | 1 | $ | 199.14 | 399.00 |
| Unbc | 202151 American Dakota Rugs - Heritage Multi Colored - 3ft x 4ft | American Dakota | 1 | $ | 200.14 | 401.00 |
| Unbc | 202901 American Dakota Rugs - Whisky River - Natural - 3ft x 4ft | American Dakota | 1 | $ | 201.14 | 403.00 |
| Unbc | 460244 48in Wooden Kiva Ladder in Turquoise Finish | Adolfo Pedroza | 1 | $ | 25.00 | 50.00 |
| Unbc | 460372 6' Kiva Log Ladder | Albert Chavez | 1 | $ | 16.50 | 33.00 |
| Unbc | 489778 78in - Natural Pine - Quilt or Rug Hanger | Adolfo Pedroza | 1 | $ | 54.50 | 109.00 |
| Unbc | 460336 3ft Pine Log Ladder | Albert Chavez | 2 | $ | 8.25 | 17.00 |
| Unbc | 460348 4' Pine Log Ladder | Albert Chavez | 2 | $ | 11.00 | 22.00 |
| Unbc | 322202 Value Line Cowhide - Black and White - XL - 46-56sq-ft (May Ship Separately) | Sunshine Cowhides | 1 | $ | 191.14 | 383.00 |
| Unbc | 322252 Premium Natural PRINTED Longhorn Brown Grade-A Cowhide - X-Large | Dekoland | 1 | $ | 190.14 | 381.00 |
| Unbc | 322301-14 Safari Stenciled Detailed Zebra Print on Off-White Grade-A Cowhide - X-Large | Dekoland | 1 | $ | 186.14 | 373.00 |
| Unbc | 322507 Dyed Dyed Fuchsia on Black and White Grade-A Cowhide - X-Large | Dekoland | 1 | $ | 185.14 | 371.00 |
| Unbc | 328311 Acid Washed Distressed Distressed Light Blue on Brown Grade-A Cowhide - Large | Dekoland | 1 | $ | 189.14 | 379.00 |
| Unbc | 322555XL Safari Stenciled Zebra Brown on Off-White Grade-A Cowhide - X-Large | Dekoland | 1 | $ | 194.14 | 389.00 |
| Unbc | 322565XL Premium Natural Brindle Gray Grade-A Cowhide - X-Large | Dekoland | 1 | $ | 192.14 | 385.00 |
| Unbc | 491234 491234 (34in - Black Enameled Pine - Quilt or Rug Hanger) | Adolfo Pedroza | 1 | $ | 25.70 | |
| Unbc | 491238 491238 (38in - Black Enameled Pine - Quilt or Rug Hanger) | Adolfo Pedroza | 1 | $ | 26.70 | |
| Unbc | 491240 491240 (40in - Black Enameled Pine - Quilt or Rug Hanger) | Adolfo Pedroza | 1 | $ | 27.70 | |
| Unbc | 491262 491262 (62in - Black Enameled Pine - Quilt or Rug Hanger) | Adolfo Pedroza | 1 | $ | 28.70 | |
| Unbc | 328016L 328016L (Safari Stenciled Zebra Tan on Off White Grade-A Cowhide - Large) | Dekoland | 1 | $ | 219.00 | |
| | | | ### | | | |

| Box Let | Box # | Description | Qty | Est. Value Ea | Est. Value Ext. |
|---|---|---|---|---|---|
| A | 1 | Panasonic Phone | 1 | $ 10.00 | $ 10.00 |
| A | 1 | Panasonic Phone | 1 | $ 10.00 | $ 10.00 |
| A | 1 | Wireless Doorbell System | 1 | $ 60.00 | $ 60.00 |
| A | 1 | Altec Lansing Computer Speakers with Woofer | 1 | $ 20.00 | $ 20.00 |
| A | 1 | Dell Computer Speakers with Woofer | 1 | $ 20.00 | $ 20.00 |
| A | 1 | Dell USB Powered Speaker Pair | 1 | $ 10.00 | $ 10.00 |
| A | 1 | Amazon Basics USB Powered Speaker Pair | 1 | $ 10.00 | $ 10.00 |
| A | 2 | Assorted Ethernet Cat5 & Cat6 Cables | | $ 100.00 | $ 100.00 |
| A | 3 | New Uline Tape Guns | 12 | $ 10.00 | $ 120.00 |
| A | 4 | Netgear CM500 Cable Modem | 1 | $ 40.00 | $ 40.00 |
| A | 4 | Arris Surfboard Cable Modem | 1 | $ 40.00 | $ 40.00 |
| A | 4 | Assorted Power Strips | 15 | $ 5.00 | $ 75.00 |
| A | 4 | Extension Cord | 1 | $ 5.00 | $ 5.00 |
| A | 5 | Computer Mouse | 17 | $ 10.00 | $ 170.00 |
| A | 5 | Logitech Webcam | 1 | $ 20.00 | $ 20.00 |
| A | 5 | Assorted Computer Cables | | $ 75.00 | $ 75.00 |
| A | 6 | Assorted PC Keyboards | 12 | $ 20.00 | $ 240.00 |
| A | 7 | Outdoor Security Camera | 1 | $ 20.00 | $ 20.00 |
| A | 7 | Outdoor Security Camera | 1 | $ 20.00 | $ 20.00 |
| A | 7 | Outdoor Security Camera | 1 | $ 20.00 | $ 20.00 |
| A | 7 | Security Camera Cables | | $ 50.00 | $ 50.00 |
| A | 7 | Security DVR with Mouse & 2 TB HDD | 1 | $ 100.00 | $ 100.00 |
| A | 7 | Netgear Wireless LAN Adapter WNCE2001 | 1 | $ 50.00 | $ 50.00 |
| A | 7 | D-Link Gigabit Switch DGS-1008D | 1 | $ 20.00 | $ 20.00 |
| A | 7 | D-Link Powered Switch DGS-1008G | 1 | $ 20.00 | $ 20.00 |
| A | 8 | Altec Lansing Computer Speaker Pair | 1 | $ 10.00 | $ 10.00 |
| A | 8 | FujiFilm FinePix S400 Digital Camera | 1 | $ 100.00 | $ 100.00 |
| A | 8 | Canon PowerShot SX110 IS Camera | 1 | $ 100.00 | $ 100.00 |
| A | 8 | Amazon Kindle Fire X43Z60 with Case | 1 | $ 10.00 | $ 10.00 |
| A | 8 | Accurite Indoor Outdoor Thermometer + Remote | 1 | $ 25.00 | $ 25.00 |
| A | 8 | Netgear Router WNDR3700v2 | 1 | $ 40.00 | $ 40.00 |
| A | 8 | Linksys Wireless-N Gaming Adapter WGA600N | 1 | $ 20.00 | $ 20.00 |
| A | 8 | Netgear Powered Ethernet Switch GS608v2 | 1 | $ 20.00 | $ 20.00 |
| A | 9 | Assorted Standard PC Power Cords | | $ 50.00 | $ 50.00 |
| A | 10 | Assorted Power Supplies & Transformers | | $ 50.00 | $ 50.00 |
| A | 11 | Assorted Monitor Cables - VGA/DVI/HDMI, etc. | | $ 50.00 | $ 50.00 |
| A | 12 | Assorted Hanging File Folder Holders | | $ 20.00 | $ 20.00 |
| A | 12 | Assorted File Folders | | $ 20.00 | $ 20.00 |
| A | 12 | Assorted Binders | | $ 20.00 | $ 20.00 |
| A | 12 | Assorted Presentation Covers | | $ 5.00 | $ 5.00 |
| A | 12 | Assorted Envelopes | | $ 10.00 | $ 10.00 |
| A | 13 | Pelouze Electronic Scale Model 4010 | | $ 65.00 | $ 65.00 |
| A | 13 | Fairbanks Ultegra Usb Scale SCB-R9000-AU | | $ 60.00 | $ 60.00 |
| A | 13 | Sharp EL-1197IV Printing Calculator | | $ 10.00 | $ 10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| A | 13 Sharp EL-1197PIII Printing Calculator | 1 | $ | 10.00 | $ | 10.00 |
| A | 13 Box of Ribbons for Sharp EL-1197PIII Printing Calculator | | $ | 3.00 | $ | 3.00 |
| A | 13 Sharp Estimate EL-334F Calculator | | $ | 10.00 | $ | 10.00 |
| A | 13 Amazon Basics Calculator B0050BPX10 | | $ | 3.00 | $ | 3.00 |
| A | 13 Canon LS-120TS Calculator | | $ | 10.00 | $ | 10.00 |
| A | 13 Generic Calculator | | $ | 3.00 | $ | 3.00 |
| A | 13 Tech Solutions TS-750 Calculator | | $ | 5.00 | $ | 5.00 |
| A | 13 Blank Time Cards | | $ | 4.00 | $ | 4.00 |
| A | 13 Feather Duster | | $ | 2.00 | $ | 2.00 |
| A | 13 Amano TCX-11 Time Clock | 1 | $ | 75.00 | $ | 75.00 |
| A | 13 Large 6-Digit Number Stamps | 3 | $ | 3.00 | $ | 9.00 |
| A | 14 Wire Desk Trays | 12 | $ | 2.00 | $ | 24.00 |
| A | 14 Plastic Desk Trays | 4 | $ | 2.00 | $ | 8.00 |
| A | 14 Metal Vertical Desk Paper Organizer | | $ | 5.00 | $ | 5.00 |
| A | 14 White Wire Printer Shelf | | $ | 5.00 | $ | 5.00 |
| A | 14 Rotating Desk Organizer | 2 | $ | 5.00 | $ | 10.00 |
| A | 15 Plastic Desk Trays | 6 | $ | 2.00 | $ | 12.00 |
| A | 15 Vinyl Expandable File | | $ | 3.00 | $ | 3.00 |
| A | 15 Vinyl Expandable Hanging File | | $ | 3.00 | $ | 3.00 |
| A | 15 Plastic Drawer Organizer | | $ | 5.00 | $ | 5.00 |
| A | 15 Plastic Phone Stand | | $ | 5.00 | $ | 5.00 |
| A | 15 Small Pelouze Manual Letter Scale | | $ | 5.00 | $ | 5.00 |
| A | 15 Small Stamps.com Electric Letter Scale | | $ | 10.00 | $ | 10.00 |
| A | 16 Dry erase Calendar | | $ | 5.00 | $ | 5.00 |
| A | 16 Package of Adhesive Computer Address Labels | 3 | $ | 2.00 | $ | 6.00 |
| A | 16 Loose Leaf Paper 200 sheets | 2 | $ | 2.00 | $ | 4.00 |
| A | 16 Spiral Notebooks | 2 | $ | 2.00 | $ | 4.00 |
| A | 16 Ink Jet Transparency Sheets | | $ | 2.00 | $ | 2.00 |
| A | 16 Alphabetizing Folder | | $ | 5.00 | $ | 5.00 |
| A | 16 Binder Folder | | $ | 5.00 | $ | 5.00 |
| A | 16 Garvey Pricing Gun B00303GTYQ | | $ | 10.00 | $ | 10.00 |
| A | 16 Labels for Garvey Pricing Gun B00303GTYQ | | $ | 5.00 | $ | 5.00 |
| A | 16 Panasonic Electric Stapler AS-302NN | | $ | 15.00 | $ | 15.00 |
| A | 16 Assorted Paper Clips | | $ | 2.00 | $ | 2.00 |
| A | 16 Post It Note Dispenser | | $ | 2.00 | $ | 2.00 |
| A | 16 Assorted Post It Notes | | $ | 10.00 | $ | 10.00 |
| A | 16 Boston Electric Pencil Sharpener | | $ | 15.00 | $ | 15.00 |
| A | 16 Assorted Hi-Lighters | | $ | 5.00 | $ | 5.00 |
| A | 16 Scissors | | $ | 2.00 | $ | 2.00 |
| A | 16 Plastic Rulers | 2 | $ | 1.00 | $ | 2.00 |
| A | 16 Letter Openers | 2 | $ | 1.00 | $ | 2.00 |
| A | 16 Small Staplers | 3 | $ | 5.00 | $ | 15.00 |
| A | 16 Standard Stapler | 1 | $ | 5.00 | $ | 5.00 |
| A | 16 Rotatic Desk Organizers | 2 | $ | 3.00 | $ | 6.00 |
| A | 17 Antec Ready Share Drive | 1 | $ | 20.00 | $ | 20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| A | 17 | Yellow Chick Candy Dish | $ | 5.00 | $ | 5.00 |
| A | 17 | Plust Moose Basket | $ | 5.00 | $ | 5.00 |
| A | 17 | Mini Christmas Tree | $ | 5.00 | $ | 5.00 |
| A | 17 | Snowman Wooden Candy Dish | $ | 5.00 | $ | 5.00 |
| A | 17 | NETGEAR WiFi Mesh Range Extender EX6250 | $ | 20.00 | $ | 20.00 |
| Unboxed | | ACER S211ML 22" Desktop Monitor (mark's desk) | $ | 50.00 | $ | 50.00 |
| Unboxed | | Dell Vostro desktop Computer (mark's desk) | $ | 100.00 | $ | 100.00 |
| Unboxed | | Samsung SyncMaster SA300 LCD Monitor (Linda's desk) | $ | 50.00 | $ | 50.00 |
| Unboxed | | Heavy Duty Rolling Wire File Holder (Vendor Catalogs) | $ | 20.00 | $ | 20.00 |
| Unboxed | | ASUS LCD Monitor #VS248 (Ken's Desk) | $ | 50.00 | $ | 50.00 |
| Unboxed | | Seiki Security Camera Tv/Monitor from Costco | $ | 120.00 | $ | 120.00 |
| Unboxed | | Keurig Office coffee maker from costco | $ | 15.00 | $ | 15.00 |
| Unboxed | | 24" x 48" Plastic Table (worn) | $ | 20.00 | $ | 20.00 |
| Unboxed | | 24" x 48" Plastic Table (worn) | $ | 20.00 | $ | 20.00 |
| Unboxed | | HP Compaq LE2202x LCD Monitor (cowhide photography col | $ | 50.00 | $ | 50.00 |
| Unboxed | | Camera Tripod | $ | 10.00 | $ | 10.00 |
| Unboxed | | Aluminum Step Stool, 3 Step | $ | 15.00 | $ | 15.00 |
| Unboxed | | Trip-Lite Smart Rack Security Enclosure | $ | 50.00 | $ | 50.00 |
| Unboxed | | Black Rolling Stool | $ | 20.00 | $ | 20.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) ON STAND | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) ON STAND | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) ON STAND | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) ON STAND | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) ON STAND | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) ON STAND | $ | 60.00 | $ | 60.00 |
| Unboxed | | HP Prodisplay P232 (Shipping Computer) | $ | 50.00 | $ | 50.00 |
| Unboxed | | Long Table (Lifetime) | $ | 50.00 | $ | 50.00 |
| Unboxed | | Tripod Stand for Snap-On Work Light | $ | 10.00 | $ | 10.00 |
| Unboxed | | Long White Table (Lifetime) | $ | 50.00 | $ | 50.00 |
| Unboxed | | Grey Table | $ | 20.00 | $ | 20.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Red Photo Light (Snap-On LED Worklight) | $ | 60.00 | $ | 60.00 |
| Unboxed | | Camera Tripod | $ | 10.00 | $ | 10.00 |
| Unboxed | | HP Laserjet Color 200 (Ken's Desk) | $ | 150.00 | $ | 150.00 |
| Unboxed | | HP M401dne Printer (with one extra toner) | $ | 40.00 | $ | 40.00 |

| | | | | | |
|---|---|---|--:|---|--:|
| Unboxed | My Cafe Coffee Maker Bunn | | $ 25.00 | $ | 25.00 |
| Unboxed | Dual Monitor Mount | | $ 50.00 | $ | 50.00 |
| Unboxed | Shelving Rack - Silver - 84in H x 48in x 18.5in Deep Paricle Bo | | $ 40.00 | $ | 40.00 |
| Unboxed | Shelving Rack - Silver - 84in H x 48in x 18.5in Deep Paricle Bo | | $ 40.00 | $ | 40.00 |
| Unboxed | HP PC p6350z Computer | | $ 100.00 | $ | 100.00 |
| Unboxed | ASRock H77M PC Computer | | $ 100.00 | $ | 100.00 |
| Unboxed | BenQ GL2760H Monitor | | $ 50.00 | $ | 50.00 |
| Unboxed | Dell Inspiron 531 PC Computer | | $ 80.00 | $ | 80.00 |
| Unboxed | ZT Systems - PC Computer | | $ 100.00 | $ | 100.00 |
| Unboxed | IBM Think Centre M79 Good PC Computer | | $ 100.00 | $ | 100.00 |
| Unboxed | US General 30in 5 drawer mechanics cart - 64031 | | $ 200.00 | $ | 200.00 |
| Unboxed | Tall metal file cabinet, ivory color, made by Hon | | $ 25.00 | $ | 25.00 |
| Unboxed | 2' x 4' laminated wood side table | | $ 25.00 | $ | 25.00 |
| Unboxed | 4x6 Plastic Folding Table (Linda's return desk) | | $ 50.00 | $ | 50.00 |
| Unboxed | Standing Height Computer Desk (worn) | | $ 50.00 | $ | 50.00 |
| Unboxed | Metal Wire Cart (small) | | $ 20.00 | $ | 20.00 |
| Unboxed | Large Roller Black and Silver Fairbanks Shipping Scale | | $ 200.00 | $ | 200.00 |
| Unboxed | Long Table (Lifetime) | | $ 50.00 | $ | 50.00 |
| Unboxed | 6-Tier Long Metal Shelf (Wheels) | | $ 100.00 | $ | 100.00 |
| Unboxed | 3-Tier Long Metal Shelf (Wheels) | | $ 50.00 | $ | 50.00 |
| Unboxed | Long Table (Lifetime) | | $ 50.00 | $ | 50.00 |
| Unboxed | Long Table (Lifetime) | | $ 50.00 | $ | 50.00 |
| Unboxed | Yellow Furniture Dolly | | $ 20.00 | $ | 20.00 |
| Unboxed | Red Furniture Dolly | | $ 20.00 | $ | 20.00 |
| Unboxed | Small plastic Folding Table 48in - Lifetime | | $ 20.00 | $ | 20.00 |
| Unboxed | 5ft Round Reversible Laminate Conference Table | | $ 100.00 | $ | 100.00 |
| Unboxed | Small Wood and Metal Folding Stool | | $ 5.00 | $ | 5.00 |
| Unboxed | Mesh Desk Chair | | $ 30.00 | $ | 30.00 |
| W | 18 Liquid Nails 10oz | 8 | $ 3.00 | $ | 24.00 |
| W | 18 Large Hacksaw Frame | | $ 5.00 | $ | 5.00 |
| W | 18 Small Squeegee | | $ 1.00 | $ | 1.00 |
| W | 18 Roll of Duct Tape | | $ 1.00 | $ | 1.00 |
| W | 18 Rubber Trowel | | $ 5.00 | $ | 5.00 |
| W | 18 Serrated Trowel | | $ 5.00 | $ | 5.00 |
| W | 18 Square Notched Trowel | | $ 5.00 | $ | 5.00 |
| W | 18 Ace Electric Glue Gun | | $ 10.00 | $ | 10.00 |
| W | 18 Small Hacksaw Handle | | $ 3.00 | $ | 3.00 |
| W | 18 200ft Galvanized 16ga Wire | | $ 50.00 | $ | 50.00 |
| W | 18 Roll of Electrical Tape | | $ 1.00 | $ | 1.00 |
| W | 18 Vonder 5m Tape Measure | | $ 3.00 | $ | 3.00 |
| W | 18 Bullet Level | | $ 2.00 | $ | 2.00 |
| W | 18 Craftsman Screw Driver | | $ 2.00 | $ | 2.00 |
| W | 18 Black and Decker Drill Bit Driver Set | | $ 3.00 | $ | 3.00 |
| W | 18 Husky 47008 Wrench Set SAE | | $ 20.00 | $ | 20.00 |
| W | 18 Dremel Tool with Case | | $ 25.00 | $ | 25.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W | 18 | Swingline Staple Gun | | $ | 20.00 | $ | 20.00 |
| W | 19 | Assorted Hand Tools | | $ | 100.00 | $ | 100.00 |
| W | 20 | Standard Hammer | 2 | $ | 5.00 | $ | 10.00 |
| W | 20 | Rubber Mallet | | $ | 5.00 | $ | 5.00 |
| W | 20 | 3lb Hammer | | $ | 6.00 | $ | 6.00 |
| W | 20 | Dewalt Grinder | | $ | 40.00 | $ | 40.00 |
| W | 20 | Craftsman Sabre Saw | | $ | 18.50 | $ | 18.50 |
| W | 20 | Dewalt 20v Cordless Drill and Driver Set w/Batteries | | $ | 125.00 | $ | 125.00 |
| W | 20 | 18in Plastic Level | | $ | 5.00 | $ | 5.00 |
| W | 20 | 12in Aluminum Level | | $ | 5.00 | $ | 5.00 |
| W | 21 | Ryobi Corded Circular Saw CSB144LZ 7 1/4in with bag and bl | | $ | 50.00 | $ | 50.00 |
| W | 21 | Ryobi Corded Drill | | $ | 30.00 | $ | 30.00 |
| W | 22 | Wagner Furno 500 Heat Gun | | $ | 30.00 | $ | 30.00 |
| W | 22 | 7 Assorted Spray Paints and Canned Stain | | $ | 20.00 | $ | 20.00 |
| W | 23 | Canvas Shop Apron | | $ | 10.00 | $ | 10.00 |
| W | 23 | Plastic Face Shield | | $ | 5.00 | $ | 5.00 |
| W | 23 | Over The Ear Hearing Protection | | $ | 5.00 | $ | 5.00 |
| W | 23 | 3M N95 Respirator Masks | | $ | 5.00 | $ | 5.00 |

| Domain owned by Debtor | Business or Pers | Status | Expiration | Renewal Price |
|---|---|---|---|---|
| chilepeppercentral.com | Business | Redemption | June 1, 2024 | $10.25/yr |
| chilipeppercentral.com | Business | Redemption | June 1, 2024 | $10.25/yr |
| thewindchimecatalog.com | Business | Redemption | June 6, 2024 | $10.25/yr |
| windchimecatalog.com | Business | Redemption | June 6, 2024 | $10.25/yr |
| kokopellidecor.com | Business | Redemption | June 13, 2024 | $10.25/yr |
| kokopellishop.com | Business | Redemption | June 13, 2024 | $10.25/yr |
| thecowhideshop.com | Business | Redemption | June 15, 2024 | $10.25/yr |
| pmppit.com | Business | Redemption | June 17, 2024 | $10.25/yr |
| contemporaryrustic.com | Business | Expired - Re | June 29, 2024 | $10.25/yr |
| contemporaryrusticdecor.com | Business | Expired - Re | June 29, 2024 | $10.25/yr |
| southwestbedandbath.com | Business | Expired - Re | July 5, 2024 | $10.25/yr |
| southwesternbedandbath.com | Business | Expired - Re | July 5, 2024 | $10.25/yr |
| westernbedandbath.com | Business | Expired - Re | July 5, 2024 | $10.25/yr |
| arizonatrailtours.com | Business | Expired - Re | July 9, 2024 | $10.25/yr |
| desertoffroadtours.com | Business | Expired - Re | July 9, 2024 | $10.25/yr |
| shopsunland.com | Business | Expired - Re | July 10, 2024 | $10.25/yr |
| thestonewarestore.com | Business | Expired - Re | July 13, 2024 | $10.25/yr |
| gourmetstoneware.com | Business | Expired - Re | July 16, 2024 | $10.25/yr |
| themetalartcatalog.com | Business | Expired - Re | July 16, 2024 | $10.25/yr |
| americancowhides.com | Business | Active | July 18, 2024 | $10.25/yr |
| americancowhidestore.com | Business | Active | July 18, 2024 | $10.25/yr |
| americanhidestore.com | Business | Active | July 18, 2024 | $10.25/yr |
| americascowhidestore.com | Business | Active | July 18, 2024 | $10.25/yr |
| americashidestore.com | Business | Active | July 18, 2024 | $10.25/yr |
| theamericanhidestore.com | Business | Active | July 18, 2024 | $10.25/yr |
| sunlandhomdecor.com | Business | Active | July 20, 2024 | $10.25/yr |
| rusticantiquefurniture.com | Business | Active | July 21, 2024 | $10.25/yr |
| seashoredecor.com | Business | Active | July 21, 2024 | $10.25/yr |
| sunlandtradingpost.com | Business | Active | July 21, 2024 | $10.25/yr |
| deserttrailtours.com | Business | Active | July 22, 2024 | $10.25/yr |
| southwesthomestore.com | Business | Active | July 24, 2024 | $10.25/yr |
| clockdepartment.com | Business | Active | July 29, 2024 | $10.25/yr |
| fauxhidestore.com | Business | Active | July 31, 2024 | $10.25/yr |
| thefauxhidestore.com | Business | Active | July 31, 2024 | $10.25/yr |
| cowhidecouture.com | Business | Active | August 3, 2024 | $10.25/yr |
| fauxfurdecor.com | Business | Active | August 3, 2024 | $10.25/yr |
| lodgecouture.com | Business | Active | August 3, 2024 | $10.25/yr |
| logcabincouture.com | Business | Active | August 3, 2024 | $10.25/yr |
| rusticcouturedecor.com | Business | Active | August 3, 2024 | $10.25/yr |
| southwestcouture.com | Business | Active | August 3, 2024 | $10.25/yr |
| southwesterncouture.com | Business | Active | August 3, 2024 | $10.25/yr |
| enviresponsible.com | Business | Active | August 4, 2024 | $10.25/yr |
| sunlandhomedecor.com | Business | Active | August 9, 2024 | $10.25/yr |

| | | | | |
|---|---|---|---|---|
| gonegreensolar.com | Business | Active | August 11, 2024 | $10.25/yr |
| sunlandkids.com | Business | Active | August 11, 2024 | $10.25/yr |
| sunlandgraphicdesign.com | Business | Active | August 14, 2024 | $10.25/yr |
| sunlandgraphics.com | Business | Active | August 14, 2024 | $10.25/yr |
| sustainablehomedecor.com | Business | Active | August 15, 2024 | $10.25/yr |
| sustainablehomefurnishings.com | Business | Active | August 15, 2024 | $10.25/yr |
| cowhidestore.net | Business | Active | August 18, 2024 | $12.99/yr |
| thecowhidestore.net | Business | Active | August 18, 2024 | $12.99/yr |
| theworldsfinestcowhides.com | Business | Active | August 18, 2024 | $10.25/yr |
| worldsfinestcowhides.com | Business | Active | August 18, 2024 | $10.25/yr |
| worldsfinesthides.com | Business | Active | August 18, 2024 | $10.25/yr |
| thehidestore.com | Business | Active | August 22, 2024 | $10.25/yr |
| northwoodshomedecor.com | Business | Active | September 26, 2024 | $10.25/yr |
| northwoodsdecor.com | Business | Active | October 10, 2024 | $10.25/yr |
| lazartstore.com | Business | Active | October 24, 2024 | $10.25/yr |
| thelazartstore.com | Business | Active | October 24, 2024 | $10.25/yr |
| gethealthyforfree.com | Business | Active | November 4, 2024 | $10.25/yr |
| gettinghealthyforfree.com | Business | Active | November 4, 2024 | $10.25/yr |
| losingweightforfree.com | Business | Active | November 4, 2024 | $10.25/yr |
| southwesternimports.com | Business | Active | November 17, 2024 | $10.25/yr |
| sunlandcompanies.com | Business | Active | December 3, 2024 | $10.25/yr |
| sunlandstores.com | Business | Active | December 4, 2024 | $10.25/yr |
| sunlandcompany.com | Business | Active | December 5, 2024 | $10.25/yr |
| southwesternrugs.com | Business | Active | December 19, 2024 | $10.25/yr |
| directmexicanimports.com | Business | Active | December 27, 2024 | $10.25/yr |
| sunlandrugs.com | Business | Active | December 28, 2024 | $10.25/yr |
| pmpracing.com | Business | Active | January 8, 2025 | $10.25/yr |
| coldnosecreate.com | Business | Active | March 20, 2025 | $10.25/yr |
| everythingchilipepper.com | Business | Active | April 26, 2025 | $10.25/yr |
| switchplateoutlet.com | Business | Active | May 3, 2025 | $10.25/yr |
| luxurylinenstore.com | Business | Active | May 4, 2025 | $10.25/yr |
| oldwesterndecor.com | Business | Active | May 4, 2025 | $10.25/yr |
| thechilipepperstore.com | Business | Active | May 4, 2025 | $10.25/yr |
| theluxurylinenstore.com | Business | Active | May 4, 2025 | $10.25/yr |
| sunlandhomeoutlet.com | Business | Active | May 9, 2025 | $10.25/yr |
| specialtydecor.com | Business | Active | May 17, 2025 | $10.25/yr |
| thewoodedriverstore.com | Business | Active | May 21, 2025 | $10.25/yr |
| woodedriverbedding.com | Business | Active | May 21, 2025 | $10.25/yr |
| woodedrivercatalog.com | Business | Active | May 21, 2025 | $10.25/yr |
| woodedriverstore.com | Business | Active | May 21, 2025 | $10.25/yr |
| coldnosecreation.com | Business | Active | June 3, 2025 | $10.25/yr |
| cowhidestore.com | Business | Active | June 15, 2025 | $10.25/yr |
| thecowhidestore.com | Business | Active | June 15, 2025 | $10.25/yr |
| thethirstystonestore.com | Business | Active | June 25, 2025 | $10.25/yr |

| | | | | |
|---|---|---|---|---|
| thirstystonestore.com | Business | Active | June 25, 2025 | $10.25/yr |
| sunlandartisans.com | Business | Active | August 24, 2025 | $10.25/yr |
| sunlanddecor.com | Business | Active | August 28, 2025 | $10.25/yr |
| specialtydecorsource.com | Business | Active | September 4, 2025 | $10.25/yr |
| thespecialtydecorsource.com | Business | Active | September 4, 2025 | $10.25/yr |
| marastore.com | Business | Active | October 29, 2025 | $10.25/yr |
| themarastore.com | Business | Active | October 29, 2025 | $10.25/yr |
| mymarana.com | Business | Active | November 1, 2025 | $10.25/yr |
| beyondsouthwest.com | Business | Active | December 2, 2025 | $10.25/yr |
| beyondsouthwestern.com | Business | Active | December 2, 2025 | $10.25/yr |
| countryandmore.com | Business | Active | December 2, 2025 | $10.25/yr |
| lodgeandmore.com | Business | Active | December 2, 2025 | $10.25/yr |
| northwoodsandmore.com | Business | Active | December 2, 2025 | $10.25/yr |
| seashoreandmore.com | Business | Active | December 2, 2025 | $10.25/yr |
| southwesternandmore.com | Business | Active | December 2, 2025 | $10.25/yr |
| westandmore.com | Business | Active | December 2, 2025 | $10.25/yr |
| southwestdecorsource.com | Business | Active | December 22, 2025 | $10.25/yr |
| wildwestdecor.com | Business | Active | December 22, 2025 | $10.25/yr |
| coldnosecreations.com | Business | Active | June 3, 2026 | $10.25/yr |

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Kenneth William Dunphy** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Linda Marie Dunphy** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| **3483 E Slippery Rock Dr, Vail, AZ 85641**<br>**Pima County Acquired more than 1215 days ago**<br>Line from *Schedule A/B*: **1.1** | **$520,000.00** | ☒       414,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1101(A)** |
| **2014 Mazda CX5 Grand Touring 110000 miles**<br>**Acquired January 2014**<br>Line from *Schedule A/B*: **3.1** | **$8,300.00** | ☒       15,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(8)** |
| **2016 Kia Sorento SX 86000 miles**<br>**Acquired January 2016**<br>Line from *Schedule A/B*: **3.2** | **$10,050.00** | ☒       15,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(8)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **All dishes, glassware, cutlery, pots and pans $1037.50**<br>**All kitchen appliances including stove, refrigerator, microwave oven, dish washer, and other small appliances $2166**<br>**Table & chairs $1121**<br>**All bedroom furniture including all beds, linens, bed frames, nightstands, dressers etc. $463.75**<br>**All living room furniture including all couches, chairs, end tables, coffee table, entertainment centers, lamps etc. $540**<br>**All other furniture including desks, cabinets, hutch, bookshelves, rugs, etc. $6947**<br>**All household electronics including TVs, washer/dryer, mobile phones, gaming consoles, music listening devices, movie watching devices, vacuum cleaner etc. $2375**<br>**Wall decorations $2324　　Window coverings $200**<br>Line from *Schedule A/B*: **6.1** | $17,174.25 | ☒　17,469.25<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Dell Precision T7610 Workstation (Windows 10) $260 , 2 bicycles $100**<br>Line from *Schedule A/B*: **6.2** | $360.00 | ☒　$4,000.00<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(7)** |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $685.00 | ☒　1,000.00<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(1)** |
| **1/2 carat diamond wedding/ engagement ring $800**<br>**Men's gold wedding band $100**<br>Line from *Schedule A/B*: **12.1** | $900.00 | ☒　400.00<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(4)** |
| **Fossil smart watch (5th gen) $50.00**<br>Line from *Schedule A/B*: **12.3** | $50.00 | ☒　500.00<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(6)** |
| **PNC Bank, xxxx0247**<br>Line from *Schedule A/B*: **17.3** | $126.00 | ☒　5,200.00<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |
| **PNC Bank, xxxx0204**<br>Line from *Schedule A/B*: **17.4** | $368.00 | ☒　5,200.00<br>☐　100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Case 4:24-bk-07265-SHG　　Doc 1　　Filed 08/29/24　　Entered 08/29/24 20:13:10　　Desc
Main Document　　Page 45 of 106

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **In 2017, as a hobby debtor 1 began designing and crafting light metal home decor. Since the closure of his business he is attempting to make this a viable business as   Kenneth Dunphy,   sole proprietor.    He uses the trade name Cold Nose Creations and sells items online on Etsy. He does not maintain any inventory and very little raw materials. He only makes an item when an order is received.**<br><br>**Tools of trade (purchased with personal funds):**<br>**Laminated Corner Desk (worn) $50**<br>**Matching Laminated Lateral File $50**<br>**Computer Chair $40**<br>**Shop-vac (well used) $30**<br>**Two 7ft Rolling Wire Racks $80**<br>**Two Rolling Tool Cabinets $150**<br>**DeWalt Angle Grinder $40**<br>**DeWalt Drill and Driver Set $100**<br>**Black and Decker Bench Grinder $40**<br>**Two Metal Top Work Benches $240**<br>**3 x Work Gloves (cut-resistant, leather, latex) $30**<br>**4 x Pliers $40**<br>**Hearing Protection $10**<br>**2 x Hammers $20**<br>**Safety Goggles $5**<br>**Canvas Apron $15**<br>Line from *Schedule A/B*: **19.2** | $940.00 | ☒<br>☐   5,000.00<br>100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1130(1)** |
| **Geico 401 K**<br>Line from *Schedule A/B*: **21.1** | $988.00 | ☒<br>☐   $988<br>100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(C)** |

3.  **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No
    ☒  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☒  No
        ☐  Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | **Linda Marie Dunphy** |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|
| **2.1** **Pnc Mortgage** | Describe the property that secures the claim: | $22,508.00 | $520,000.00 | $0.00 |
| Creditor's Name | **3483 E Slippery Rock Dr, Vail, AZ 85641 Pima County Acquired more than 1215 days ago** | | | |
| **PO Box 8703** **Dayton, OH 45401-8703** Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| **Who owes the debt?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ☒ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☒ **Check if this claim relates to a community debt** | **Nature of lien.** Check all that apply. ☒ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ☐ Other (including a right to offset) _____ | | | |

| Date debt was incurred | **2006-02** | Last 4 digits of account number | **4277** |
|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.2 | **Rapid Finance** | Describe the property that secures the claim: | **$39,038.00** | **$0.00** | **$39,038.00** |
|-----|-------------------|-----------------------------------------------|----------------|-----------|----------------|

Creditor's Name

**Sunland Imports LLC, entity # L09744368 was formed January 3, 2001. Articles of Amendment were filed Aug. 28, 2002 changing the name to Sunland Home LLC. The name was changed because the entity stopped importing goods. The business was primarily an online retail store. Debtor would purchase merchandise, mark it up, and then resell it. Merchandise was sold on Amazon. Etsy, Shopify and their own website at sunlandhomedecor.com. The office and warehouse was located at 3657 E 44th Street, Tucson, AZ. The lease was successfully terminated and the debtors vacated January 2024. See attached list of remaining inventory, and a separate list of tools, equipment and furniture currently stored at debtor's residence. Determining a value is difficult. The attachment includes the cost of each item along with a retail listing price. See SOFA 18 for a list of items sold since Jan. 2024 with the last item being sold in July 2024. This business is now defunct.**

**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **UCC-1(provided)**

**Date debt was incurred** _____      **Last 4 digits of account number**    **5358**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Kenneth William Dunphy** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | **Linda Marie Dunphy** | | | |
| | First Name    Middle Name    Last Name | | | |

| 2.3 | **Shellpoint Mortgage Servicing** | Describe the property that secures the claim: | $224,910.00 | $520,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3483 E Slippery Rock Dr, Vail, AZ 85641**
**Pima County Acquired more than 1215 days ago**

**55 Beattie Pl**
**Greenville, SC**
**29601-2165**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2018-03**      Last 4 digits of account number **7615**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $286,456.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $286,456.00 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Newrez LLC**
**PO Box 650840**
**Dallas, TX 75262**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**Pnc Mortgage**
**Attn: Bankruptcy**
**8177 Washington Church Rd**
**Dayton, OH 45458-1703**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**Shellpoint Mortgage Servicing**
**Attn: Bankruptcy**
**PO Box 10826**
**Greenville, SC 29603-0826**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Linda Marie Dunphy** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number  2022 | $3,077.00 | $3,077.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **PO Box 7346** | When was the debt incurred?  2022 | | | |
| | **Philadelphia, PA 19101** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ☐ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☒ Debtor 1 and Debtor 2 only | Type of PRIORITY unsecured claim: | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a  community debt** | ☒ Taxes and certain other debts you owe the government | | | |
| | | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | Is the claim subject to offset? | ☐ Other. Specify _____ | | | |
| | ☒ No | | | | |
| | ☐ Yes | | | | |

### Part 2:      List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.1 | **Adolfo Pedroza** | Last 4 digits of account number _____ | **$4,307.53** |

Nonpriority Creditor's Name
**1864 W. Chardonnay Dr**
**Tucson, AZ 85746**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.2 | **Amazon** | Last 4 digits of account number _____ | **$1,000.00** |

Nonpriority Creditor's Name
**PO Box 80726**
**Seattle, WA 98108**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.3 | **American Coradius International** | Last 4 digits of account number _____ | **$100.00** |

Nonpriority Creditor's Name
**2420 Sweet Home RD Ste 150**
**Buffalo, NY 14228**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document    Page 51 of 106

---

| 4.4 | **American Coradius International LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2420 Sweet Home Rd Suite 260**
**Buffalo, NY 14228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **7625**          $120.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.5 | **American Coradius International LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2420 Sweet Home Rd Suite 150**
**Buffalo, NY 14228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **5649**          $120.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.6 | **American Financial Management, Inc** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5500 Pearl Street, Suite 250**
**Des Plaines, IL 60018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **7902**          $1,948.52

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.7 | **Amex** | Last 4 digits of account number | **8293** | | $70,027.00 |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998-1537**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **1994-12**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.8 | **Artenobre** | Last 4 digits of account number | | | $8,751.97 |

Nonpriority Creditor's Name
**ARTENOBRE IND?STRIA E**
**COM?RCIO DE COUROS LTDA**
**RUA ADALBERTO VALADARES,**
**148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.9 | **Bank of America** | Last 4 digits of account number | **1804** | | $20,833.00 |

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998-2238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **1994-12**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.1 0 | **Bank of America** | Last 4 digits of account number | **5986** | $15,835.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998-2238**

When was the debt incurred?    **1998-04**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 1 | **Bank of America** | Last 4 digits of account number | **9899** | $1,302.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4909 Savarese Cir**
**Tampa, FL 33634-2413**

When was the debt incurred?    **1996-06**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 2 | **Bank of America** | Last 4 digits of account number | **5201** | $27,979,950.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 15796**
**Wilmington, DE 19886**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.1 3 | **Bank of America** | Last 4 digits of account number | **8248** | **$71,831.07** |

Nonpriority Creditor's Name
**PO Box 15796**
**Wilmington, DE 19886**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 4 | **Blaze International** | Last 4 digits of account number | **1299** | **$5,749,940.00** |

Nonpriority Creditor's Name
**10505 Bennett Pkwy Ste 200**
**Zionsville, IN 46077**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 5 | **Braintree Payment Solutions LLC** | Last 4 digits of account number | **7x5j** | **$0.00** |

Nonpriority Creditor's Name
**1811 West North Avenue**
**Chicago, IL 60622**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.1 6 | **Bureaus Investment Group Portfolio No.15** | Last 4 digits of account number    **4459**_____ | **$9,622.13** |

Nonpriority Creditor's Name
**650 Dundee Rd., Ste 370**
**Northbrook, IL 60062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 7 | **Capital One/ Cabela's** | Last 4 digits of account number    **4459**_____ | **$9,458.00** |

Nonpriority Creditor's Name
**PO Box 60519**
**City of Industry, CA 91716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.1 8 | **Cartens, Inc** | Last 4 digits of account number _____ | **$95,000.00** |

Nonpriority Creditor's Name
**PO Box 334**
**Burlington, WA 98233**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document      Page 56 of 106

| 4.1 9 | **Chase Card Services** | | **Last 4 digits of account number** | **0551** | | | **$12,317.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850-5369**

Number Street City State Zip Code

**When was the debt incurred?**   **2003-05**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.2 0 | **Citibank/Sears** | | **Last 4 digits of account number** | **2623** | | | **$8,164.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6217**
**Sioux Falls, SD 57117-6217**

Number Street City State Zip Code

**When was the debt incurred?**   **1998-10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.2 1 | **Corporation Service Company** | | **Last 4 digits of account number** | | | | **$1,000.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2576**
**Springfield, IL 62708**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.2 2 | **Crook's Designs, LLC** | Last 4 digits of account number _____ | $5,050.75 |
|---|---|---|---|

Nonpriority Creditor's Name
**3237 East 45th St.**
**Tucson, AZ 85713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.2 3 | **Earthview, Inc.** | Last 4 digits of account number _____ | $366.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**6800 N. Camino Martin #166**
**Tucson, AZ 85741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.2 4 | **Equus Management Company AZ LLC** | Last 4 digits of account number **0710** | $7,245.48 |
|---|---|---|---|

Nonpriority Creditor's Name
**2410 West Ruthrauff Road**
**Suite 110**
**Tucson, AZ 85705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 4:24-bk-07265-SHG   Doc 1   Filed 08/29/24   Entered 08/29/24 20:13:10   Desc
Main Document   Page 58 of 106

---

| 4.2 5 | | | |
|---|---|---|---|
| **Firstsource Advantage LLC** | Last 4 digits of account number | 1804 | $22,605.26 |

Nonpriority Creditor's Name

**205 Bryant Woods South**
**Buffalo, NY 14228**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

| 4.2 6 | | | |
|---|---|---|---|
| **Firstsource Advantage, LLC** | Last 4 digits of account number | 5986 | $17,167.78 |

Nonpriority Creditor's Name

**205 Bryant Woods South**
**Buffalo, NY 14228**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

| 4.2 7 | | | |
|---|---|---|---|
| **Goldman Sachs Bank USA/ Marcus** | Last 4 digits of account number | 7292 | $24,435.00 |

Nonpriority Creditor's Name

**P.O. Box 45400**
**Salt Lake City, UT 84145**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document    Page 59 of 106

| 4.2 8 | **Grasshopper** | Last 4 digits of account number _____ | $161.62 |

Nonpriority Creditor's Name

**PO Box 50264**

**Los Angeles, CA 90074**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.2 9 | **Ironcraft, Inc** | Last 4 digits of account number _____ | $442.00 |

Nonpriority Creditor's Name

**9773 W. Calle Anasazi**

**Tucson, AZ 85735**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.3 0 | **Ironwood Industries** | Last 4 digits of account number _____ | $442.00 |

Nonpriority Creditor's Name

**568 East Bridger Ln**

**Payson, UT 84651**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 4.3<br>1 | **Ironwood Industries, Inc** | Last 4 digits of account number _____ | $296.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**568 East Bridger Ln**
**Payson, UT 84651**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.3<br>2 | **Online Leather Commercial LTDA** | Last 4 digits of account number _____ | $4,457.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**RUA DA REP?BLICA, N? 345**
**BAIRRO 25 DE JULHO**
**IVOTI / RS / BRAZIL**
**CEP: 93900-000**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.3<br>3 | **Pay Pal** | Last 4 digits of account number _____ | $100.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2211 N 1st Street**
**San Jose, CA 95131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.3 4 | **Pay Pal** | **Last 4 digits of account number** _____ | $170.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2211 N 1st St,**
**San Jose, CA 95131**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify _____

---

| 4.3 5 | **Pay Pal Working Capital** | **Last 4 digits of account number** _____ | $14,159.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 45950**
**Omaha, NE 68145**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify _____

---

| 4.3 6 | **Presson Corporation** | **Last 4 digits of account number** _____ | $1,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2410 West Ruthrauff Rd Suite 110**
**Tucson, AZ 85705**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify _____

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**4.37**

**Rapid Finance**
Nonpriority Creditor's Name

**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**　**5358**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$39,038.00**

---

**4.38**

**Shopify, Inc**
Nonpriority Creditor's Name

**151 O'Connor St., Ground Floor151**
**O'Connor St., Ground Floor**
**Ottawa, ON K2P 2L8**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$1,500.00**

---

**4.39**

**Synovus Bank**
Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131-0293**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**　**4459**

**When was the debt incurred?**　**1998-06**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$8,800.00**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

Case 4:24-bk-07265-SHG　　Doc 1　　Filed 08/29/24　　Entered 08/29/24 20:13:10　　Desc
Main Document　　　Page 63 of 106

| 4.4 0 | **The Hartford** | **Last 4 digits of account number**   9809 | $111.00 |

Nonpriority Creditor's Name

**PO Box 660916**

**Dallas, TX 75266**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☒ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a   community**   **Type of NONPRIORITY unsecured claim:**
**debt**
☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☒ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☒ Other. Specify

---

| 4.4 1 | **Uline** | **Last 4 digits of account number**   7902 | $1,948.00 |

Nonpriority Creditor's Name

**PO Box 88741**

**Chicago, IL 60680**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☒ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a   community**   **Type of NONPRIORITY unsecured claim:**
**debt**
☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☒ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☒ Other. Specify

---

| 4.4 2 | **UPS** | **Last 4 digits of account number**   6E90 | $1,797.00 |

Nonpriority Creditor's Name

**P.O.BOX 650116**

**Dallas, TX 75265**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☒ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a   community**   **Type of NONPRIORITY unsecured claim:**
**debt**
☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☒ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☒ Other. Specify

| 4.4 3 | | | |
|---|---|---|---|

**Vantage West Credit Union**

Nonpriority Creditor's Name

**2480 N Arcadia Ave**
**Tucson, AZ 85712-5735**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **0020** _____

**When was the debt incurred?**  **1999-11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**$10,206.00**

---

| 4.4 4 | | | |
|---|---|---|---|

**Wf Bank NA**

Nonpriority Creditor's Name

**PO Box 393**
**Minneapolis, MN 55480-0393**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **3416** _____

**When was the debt incurred?**  **2021-06**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**$4,228.00**

---

| 4.4 5 | | | |
|---|---|---|---|

**Zwicker & Assocs**

Nonpriority Creditor's Name

**1225 W Washington Street Ste 124**
**Tempe, AZ 85288**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **6009** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**$70,027.00**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address

**Amazon**
**PO Box 15298**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**Amex**
**Correspondence/Bankruptcy**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

---

Case 4:24-bk-07265-SHG   Doc 1   Filed 08/29/24   Entered 08/29/24 20:13:10   Desc
Main Document    Page 65 of 106

**PO Box 981540**
**El Paso, TX 79998-1540**

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>**Attn: Bankruptcy**<br>**4909 Savarese Cir**<br>**Tampa, FL 33634-2413** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>**Attn: Bankruptcy**<br>**4909 Savarese Cir**<br>**Tampa, FL 33634-2413** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**PO Box 26012**<br>**Greensboro, NC 27420-6012** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Card Services**<br>**Attn: Bankruptcy**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank/Sears**<br>**Citicorp Cr Srvs/Centralized**<br>**Bankruptcy**<br>**PO Box 790040**<br>**Saint Louis, MO 63179-0040** | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Equus Management Company**<br>**2410 West Ruthrauf Rd Suite 110**<br>**Tucson, AZ 85705** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pegasus Tucson Owner LLC**<br>**PO Box 743231**<br>**Los Angeles, CA 90074** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Presson Corporation**<br>**PO Box 44290**<br>**Phoenix, AZ 85064** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synovus Bank**<br>**Attn: Bankruptcy**<br>**1111 Bay Ave**<br>**Columbus, GA 31901-5218** | Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Kenneth William Dunphy** | | | |
|---|---|---|---|---|
| Debtor 2 | **Linda Marie Dunphy** | | Case number (if known) | |

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Vantage West Credit Union**<br>**Attn: Bankruptcy**<br>**PO Box 15115**<br>**Tucson, AZ 85708-0115** | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wf Bank NA**<br>**Attn: Bankruptcy**<br>**PO Box 14517**<br>**Des Moines, IA 50306-3517** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 3,077.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 3,077.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 34,297,380.11 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 34,297,380.11 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Kenneth William Dunphy** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Linda Marie Dunphy** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | Name | |
| | Number     Street | |
| | City          State          ZIP Code | |
| 2.2 | Name | |
| | Number     Street | |
| | City          State          ZIP Code | |
| 2.3 | Name | |
| | Number     Street | |
| | City          State          ZIP Code | |
| 2.4 | Name | |
| | Number     Street | |
| | City          State          ZIP Code | |
| 2.5 | Name | |
| | Number     Street | |
| | City          State          ZIP Code | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Linda Marie Dunphy** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| Number          Street | |
| City                    State          ZIP Code | |
| **3.2** | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| Number          Street | |
| City                    State          ZIP Code | |

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document        Page 69 of 106

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| Debtor 2 (Spouse, if filing) | **Linda Marie Dunphy** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | | **Sole Prop DBA Cold Nose Creation** | **Customer Service** |
| Employer's name | | | **Geico** |
| Employer's address | | | |
| | | | **Washington, DC 20076** |
| How long employed there? | | | **6 months** |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 3,458.30 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ 3,458.30 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ................................................................... 4. | $ _____ 0.00 | $ _____ 3,458.30 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ 0.00 | $ _____ 352.47 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ _____ 0.00 | $ _____ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ _____ 0.00 | $ _____ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ _____ 0.00 | $ _____ 0.00 |
| 5e. | **Insurance** | 5e. | $ _____ 0.00 | $ _____ 296.83 |
| 5f. | **Domestic support obligations** | 5f. | $ _____ 0.00 | $ _____ 0.00 |
| 5g. | **Union dues** | 5g. | $ _____ 0.00 | $ _____ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ _____ 0.00 + | $ _____ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ _____ 0.00 | $ _____ 649.30 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ 0.00 | $ _____ 2,809.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ 0.00 | $ _____ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ _____ 0.00 | $ _____ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ 0.00 | $ _____ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ _____ 0.00 | $ _____ 0.00 |
| 8e. | **Social Security** | 8e. | $ _____ 0.00 | $ _____ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ 0.00 | $ _____ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ _____ 0.00 | $ _____ 0.00 |
| 8h. | **Other monthly income.** Specify: **Cold Nose Creations** | 8h.+ | $ _____ 500.00 + | $ _____ 0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ _____ 500.00 | $ _____ 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ _____ 500.00 + | $ _____ 2,809.00 = | $ _____ 3,309.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +$ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ _____ 3,309.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

> **Debtor is working as a sole proprietor DBA Cold Nose Creations since March 2024. Debtor 2 started working as an employee for Geico in March 2024.**

Debtor 1     **Kenneth William Dunphy**

Debtor 2     **Linda Marie Dunphy**
(Spouse, if filing)

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☒ Yes. **Does Debtor 2 live in a separate household?**

    ☒ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☒ No

    Do not list Debtor 1 and     ☐ Yes.    Fill out this information for
    Debtor 2.                                each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include**       ☒ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4.  $ _____1,830.00

    **If not included in line 4:**

    4a.  Real estate taxes                                          4a.  $ _____0.00
    4b.  Property, homeowner's, or renter's insurance               4b.  $ _____0.00
    4c.  Home maintenance, repair, and upkeep expenses              4c.  $ _____100.00
    4d.  Homeowner's association or condominium dues                4d.  $ _____0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans     5.  $ _____592.43

6.  **Utilities:**
    6a.  Electricity, heat, natural gas                             6a.  $ _____300.00
    6b.  Water, sewer, garbage collection                          6b.  $ _____110.00
    6c.  Telephone, cell phone, Internet, satellite, and cable services     6c.  $ _____155.00
    6d.  Other. Specify:                                           6d.  $ _____0.00

Debtor 1 **Kenneth William Dunphy**

Debtor 2 **Linda Marie Dunphy**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | **550.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **75.00** |
| 10. | **Personal care products and services** | 10. $ | **65.00** |
| 11. | **Medical and dental expenses** | 11. $ | **80.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **120.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **147.08** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **198.20** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **tax debt** | 16. $ | **50.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:  **misc** | 21. +$ | **300.00** |
| | **401k** | +$ | **206.00** |

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.            $   **4,928.71**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $

    22c. Add line 22a and 22b.  The result is your monthly expenses.      $   **4,928.71**

23. **Calculate your monthly net income.**

    23a. Copy line 12 *(your combined monthly income)* from Schedule I.     23a. $   **3,309.00**

    23b. Copy your monthly expenses from line 22c above.           23b. -$   **4,928.71**

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.      23c. $   **-1,619.71**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here: **Debtors are hopeful that net income from Cold nose Creations will increase to overcome the deficit.**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Kenneth William Dunphy** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Linda Marie Dunphy** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Kenneth William Dunphy** | X **/s/ Linda Marie Dunphy** |
|---|---|
| **Kenneth William Dunphy** | **Linda Marie Dunphy** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **August 29, 2024** | Date **August 29, 2024** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Kenneth William Dunphy** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Linda Marie Dunphy** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

**1.** **What is your current marital status?**

☒ Married
☐ Not married

**2.** **During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.** **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$0.00** | ☒ Wages, commissions, bonuses, tips | **$12,932.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2022 )** | ☒ Wages, commissions, bonuses, tips | **$0.00** | ☒ Wages, commissions, bonuses, tips | **$0.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

5.  **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No

☒  Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | **Distributions from Sunland Home LLC** | **$7,002.00** | | |
| | **March 2024 father gifter debtor's $15000** | **$15,000.00** | | |
| For last calendar year:<br>(January 1 to December 31, 2023 ) | **Distributions from Sunland Home LLC** | **$57,516.00** | | |
| | **Fed Tax Ref** | **$0.00** | | |
| | **AZ Tax Ref** | **$0.00** | | |
| For the calendar year before that:<br>(January 1 to December 31, 2022 ) | **Distributions from Sundland Home LLC** | **$71,310.00** | | |
| | **Sunland Home LLC** | **$21,780.00** | | |
| | **Gambling Winnings** | **$2,000.00** | | |
| | **Fed Tax Ref** | **$-3,077.00** | | |
| | **AZ Tax Ref** | **$0.00** | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐  No.    Go to line 7.

☐  Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☒  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒  No.    Go to line 7.

☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document    Page 76 of 106

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☒ No
   ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property  Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☒ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person  Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☒ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| MVA in June 2022. Debtor 2 was involved in a two-vehicle collision while driving the Mazda CX5 Grand Touring. The other driver was at fault.   The vehicle was repaired. No PI claim. | All PD claims have been settled. No PI claims | June 2022 | $0.00 |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Trezza Law<br>4011 E Broadway Blvd #200<br>Tucson, AZ 85711<br>Father | Attorney fees and costs. | January 17, 2024 | $7,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **Bona fide buyers**<br><br>**business** | **See attached list of items<br>sold by Sunland since it<br>vacated the warehouse.** | **$4020** | **Jan - June 2024.** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| **Bank of America** | **XXXX-5554** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other ___ | **June 20, 2024** | **$0.00** |
| **Vantage West Credit Union** | **XXXX-xx00** | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other ___ | **March 2024** | **$0.00** |
| **Vantage West Credit Union** | **XXXX-xx71** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other ___ | **March 2024** | **$0.00** |
| **Bank of America** | **XXXX-3628** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other ___ | **June 2024** | **$0.00** |
| **Bank of America** | **XXXX-7565** | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other ___ | **June 2024** | **$0.00** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document    Page 79 of 106

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America** | **XXXX-5042** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 2024** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☒ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **A Family Storage**<br>**9025 E Camino Abril**<br>**Tucson, AZ 85747** | **Kenneth Dunphy & Linda Dunphy**<br>**3483 E Slippery Rock Drive, Vail, AZ 8** | **15x20 Unit, some business inventory was stored there but in April 2024 all inventory was relocated to debtor's residence in order to eliminated the $250 monthly storage cost.** | ☒ No<br>☐ Yes |

---

**Part 9:   Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.   Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.   Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Sunland Home, LLC**<br>**3657 E 44th Street**<br>**Tucson, AZ** | **Sunland Imports LLC, entity # L09744368 was formed January 3, 2001. Articles of Amendment were filed Aug. 28, 2002 changing the name to Sunland Home LLC. The name was changed because the entity stopped importing goods. The business was primarily an online retail store. Debtor would purchase merchandise, mark it up, and then resell it. Merchandise was sold on Amazon. Etsy,   Shopify and their own website at sunlandhomedecor.com.   The office and warehouse was located at 3657 E 44th Street, Tucson.** | EIN:<br><br>From-To   2001-2024 |
| **Kenneth Dunphy, sole proprietor.** | **Light metal craft.** | EIN:<br><br>From-To   2017-present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Kenneth William Dunphy | /s/ Linda Marie Dunphy |
|---|---|
| **Kenneth William Dunphy** | **Linda Marie Dunphy** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

| Date | **August 29, 2024** | Date | **August 29, 2024** |
|---|---|---|---|

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| SOFA 18 - Description | SOLD | Notes | Sold to | Sold $ | Date | Monthly Sales |
|---|---|---|---|---|---|---|
| Office Desk w/ Return and built in 2 drawer file storage | Sold | Cash Sale | Bonafide bu | $120.00 | 1/9/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  40.00 | 1/10/2024 | |
| Double-Tree Pot | Sold | Cash Sale | Bonafide bu | $  20.00 | 1/10/2024 | |
| Warehouse Pallet Rack - 102in W x 96in Tall x 42in Deep | Sold | Cash Sale | Bonafide bu | $200.00 | 1/10/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  50.00 | 1/11/2024 | |
| Tall metal file cabinet, ivory color, made by Hon (customer invoices) | Sold | Cash Sale | Bonafide bu | $  30.00 | 1/16/2024 | |
| Tall metal file cabinet, black color, made by Hon (vendor billing) | Sold | Cash Sale | Bonafide bu | $  25.00 | 1/16/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  37.50 | 1/16/2024 | |
| Industrial Mop Bucket | Sold | Cash Sale | Bonafide bu | $  10.00 | 1/16/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $  20.00 | 1/16/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  40.00 | 1/16/2024 | |
| Bank deposit | | | | | 1/18/2024 | |
| Tall Laminate wood shelf w/ cabinet on bottom (tall book shelf size) | Sold | Cash Sale | Bonafide bu | $  20.00 | 1/18/2024 | |
| Cash paid on account to Adolfo Pedroza | | | | | 1/19/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  25.00 | 1/19/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  40.00 | 1/19/2024 | |
| Small Metal Shelving With Casters and Plastic Bins for inventory | Sold | Cash Sale | Bonafide bu | $    8.00 | 1/19/2024 | |
| Small Metal Shelving With Casters and Plastic Bins for inventory | Sold | Cash Sale | Bonafide bu | $  10.00 | 1/19/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $  15.00 | 1/19/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  40.00 | 1/19/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  40.00 | 1/19/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  30.00 | 1/23/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  30.00 | 1/23/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  25.00 | 1/23/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  48.00 | 1/23/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  30.00 | 1/23/2024 | |
| Tall metal file cabinet, black | Sold | Cash Sale | Bonafide bu | $  20.00 | 1/24/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $  33.34 | 1/24/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $  20.00 | 1/24/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $  20.00 | 1/24/2024 | |
| Home Made Steel Top Work Table - 61in L x 36in H x 43in W | Sold | Cash Sale | Bonafide bu | $  40.00 | 1/24/2024 | |
| Heavy Duty Wire Desk w/ casters (cowhide photography computer) | Sold | Cash Sale | Bonafide bu | $  25.00 | 1/26/2024 | |

| Description | | | | Amount | Date | |
|---|---|---|---|---|---|---|
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 37.50 | 1/26/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 33.33 | 1/26/2024 | |
| Full Size Heavy Duty Plastic Shelving for Inventory | Sold | Cash Sale | Bonafide bu | $ 20.00 | 1/26/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $ 15.00 | 1/26/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 45.00 | 1/26/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 50.00 | 1/26/2024 | |
| TKLoop 16.5X10X9Ft Portable Inflatable Paint Booth with Air Filter System with | Sold | Cash Sale | Bonafide bu | $130.00 | 1/27/2024 | |
| Rolling Tripod Stand by Ravelli | Sold | Cash Sale | Bonafide bu | $ 15.00 | 1/27/2024 | |
| Black office chairs – Stationary | Sold | Cash Sale | Bonafide bu | $ 10.00 | 1/30/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 40.00 | 1/30/2024 | |
| Small Gorilla Heavy Duty Shelving (for time clock) | Sold | Cash Sale | Bonafide bu | $ 15.00 | 1/30/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $ 20.00 | 1/30/2024 | ##### |
| Black office chairs – Stationary | Sold | Cash Sale | Bonafide bu | $ 10.00 | 2/5/2024 | |
| Tall metal file cabinet, ivory color, made by Hon (customer invoices) | Sold | Cash Sale | Bonafide bu | $ 25.00 | 2/5/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 35.00 | 2/5/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 35.00 | 2/5/2024 | |
| Small Metal Shelving With Casters and Plastic Bins for inventory | Sold | Cash Sale | Bonafide bu | $ 10.00 | 2/5/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $ 15.00 | 2/5/2024 | |
| 2 Drawer Laminate golden oak wood File Cabinet (double wide) | Sold | Cash Sale | Bonafide bu | $ 35.00 | 2/13/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 25.00 | 2/13/2024 | |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $ 18.00 | 2/13/2024 | |
| Tall metal file cabinet, ivory color, made by Hon (customer invoices) | Sold | Cash Sale | Bonafide bu | $ 38.00 | 2/17/2024 | |
| 2 Drawer Laminate golden oak wood File Cabinet (double wide) | Sold | Cash Sale | Bonafide bu | $ 35.00 | 2/17/2024 | |
| Tall metal file cabinet, tan | Sold | Cash Sale | Bonafide bu | $ 18.00 | 2/17/2024 | ##### |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 35.00 | 3/2/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 40.00 | 3/2/2024 | |
| 12ft Aluminum Ladder | Sold | Cash Sale | Bonafide bu | $ 60.00 | 3/2/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 35.00 | 3/2/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 30.00 | 3/4/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 35.00 | 3/4/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 25.00 | 3/4/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 30.00 | 3/4/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 40.00 | 3/4/2024 | |

| Description | Sold | | | Amount | Date |
|---|---|---|---|---|---|
| Full Size Heavy Duty Plastic Shelving for Inventory | Sold | Cash Sale | Bonafide bu | $ 20.00 | 3/6/2024 |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $ 15.00 | 3/6/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 50.00 | 3/9/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 36.00 | 3/9/2024 |
| Warehouse Pallet Rack - 112in W x 96in Tall x 42in Deep | Sold | Cash Sale | Bonafide bu | $ 200.00 | 3/11/2024 |
| Seville classics metal rolling tool cabinet - 36in W x 72in h x 18in D | Sold | Cash Sale | Bonafide bu | $ 50.00 | 3/15/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 45.00 | 3/15/2024 |
| Vulcan Migmax 140 Welder | Sold | Cash Sale | Bonafide bu | $150.00 | 3/15/2024 |
| Welding Cart | Sold | Cash Sale | Bonafide bu | $ 50.00 | 3/15/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 45.00 | 3/15/2024 |
| Mini orbital air sander | Sold | Cash Sale | Bonafide bu | $ 10.00 | 3/15/2024 |
| Assorted Hand Tools | Sold | Cash Sale | Bonafide bu | $ 16.00 | 3/15/2024 |
| Assorted Hand Tools | Sold | Cash Sale | Bonafide bu | $ 38.00 | 3/15/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 30.00 | 3/18/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 45.00 | 3/18/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 25.00 | 3/19/2024 |
| Tall Plastic Tote Bins with Drawers and Casters for inventory | Sold | Cash Sale | Bonafide bu | $ 15.00 | 3/19/2024 |
| Heavy Duty Wire Shelf w/ Casters (full size) | Sold | Cash Sale | Bonafide bu | $ 20.00 | 3/19/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 25.00 | 3/19/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 50.00 | 3/19/2024 |
| Stationary Metal Wire Shelving for box storage | Sold | Cash Sale | Bonafide bu | $ 25.00 | 3/19/2024 |
| Welding Screen 99in W x 77in H x 24in D - Blue | Sold | Cash Sale | Bonafide bu | $ 45.00 | 3/22/2024 |
| Welding Screen 99in W x 77in H x 24in D - Blue | Sold | Cash Sale | Bonafide bu | $ 50.00 | 3/22/2024 |
| Adjustable Painting Rack Blue - 7ft H x 67in W x 20in D | Sold | Cash Sale | Bonafide bu | $ 25.00 | 3/22/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 45.00 | 3/22/2024 |
| Assorted Hand Tools | Sold | Cash Sale | Bonafide bu | $ 40.00 | 3/22/2024 |
| Bank deposit | | | | ###### | 3/29/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 40.00 | 4/10/2024 |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 33.33 | 4/15/2024 |
| 6ft Aluminum Ladder | Sold | Cash Sale | Bonafide bu | $ 45.00 | 4/22/2024 |
| Bank deposit | | | | ##### | 4/23/2024 |
| Bank deposit | | | | | 5/10/2024 |
| Bank deposit | | | | | 5/23/2024 |

| Description | Status | Type | Buyer | Amount | Date | |
|---|---|---|---|---|---|---|
| Bank deposit | | | | | 6/7/2024 | |
| Full Size Heavy Duty Plastic Shelving for Inventory | Sold | Cash Sale | Bonafide bu | $ 25.00 | 6/9/2024 | |
| Welding ScreenFrames 6ft x 8ft | Sold | Cash Sale | Bonafide bu | $ 40.00 | 6/12/2024 | |
| 30"x72" Reversible Laminate wood table (conference table) From Amazon | Sold | Cash Sale | Bonafide bu | $150.00 | 6/15/2024 | |
| Shelving Rack - Silver - gray laminate shelves - 84in H x 48in x 18.5in Deep | Sold | Cash Sale | Bonafide bu | $ 50.00 | 6/15/2024 | |
| Welding Screen 6ft x 10ft - Gray | Sold | Cash Sale | Bonafide bu | $ 60.00 | 6/16/2024 | |
| 31"x72" Reversible Laminate wood table (conference table) From Amazon | Sold | Cash Sale | Bonafide bu | $150.00 | 6/16/2024 | |
| Shelving Rack - Silver - gray laminate shelves - 96in H x 48in x 18.5in Deep | Sold | Cash Sale | Bonafide bu | $ 50.00 | 6/16/2024 | |
| Bank deposit | | | | | 6/18/2024 | |
| Heavy Duty Gorilla Shelving for inventory | Sold | Cash Sale | Bonafide bu | $ 40.00 | 6/23/2024 | ##### |
| Bank deposit | | | | | | ###### |
| Bank deposit | | | | | | ####### |

$ 4,020.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Linda Marie Dunphy** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Pnc Mortgage**<br><br>Description of property securing debt: **3483 E Slippery Rock Dr, Vail, AZ 85641 Pima County Acquired more than 1215 days ago** | ☐ Surrender the property.<br>☐   Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br><br>    **Retain and pay pursuant to contract** | ☐ No<br><br>☒ Yes |
| Creditor's name: **Rapid Finance**<br><br>Description of property securing debt: **Sunland Imports LLC, entity # L09744368 was formed January 3, 2001. Articles of Amendment were filed Aug. 28, 2002 changing the name to Sunland Home LLC. The name was changed because the entity stopped importing goods.   The business was primarily an online retail store. Debtor would purchase merchandise, mark it up, and then resell it. Merchandise was sold on** | ☒ Surrender the property.<br>☐   Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Amazon. Etsy,   Shopify and their own website at sunlandhomedecor.com.   The office and warehouse was located at 3657 E 44th Street, Tucson, AZ. The lease was successfully terminated and the debtors vacated January 2024. See attached list of remaining inventory, and a separate list of tools, equipment and furniture currently stored at debtor's residence. Determining a value is difficult. The attachment includes the cost of each item along with a retail listing price. See SOFA 18 for a list of items sold since Jan. 2024 with the last item being sold in July 2024. This business is now defunct.**

| | | |
|---|---|---|
| Creditor's name: | **Shellpoint Mortgage Servicing** | ☐ Surrender the property. ☐ No |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **3483 E Slippery Rock Dr, Vail, AZ 85641** **Pima County Acquired more than 1215 days ago** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☒ Yes ☒ Retain the property and [explain]: **Retain and pay pursuant to contract** |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1  **Kenneth William Dunphy**

Debtor 2  **Linda Marie Dunphy**                          Case number *(if known)* _____

Description of leased
Property:                                                              ☐  Yes

Lessor's name:                                                     ☐  No

Description of leased
Property:                                                              ☐  Yes

---

**Part 3:**   **Sign Below**

---

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**  **/s/ Kenneth William Dunphy**                   **X**  **/s/ Linda Marie Dunphy**

    **Kenneth William Dunphy**                         **Linda Marie Dunphy**

    Signature of Debtor 1                                     Signature of Debtor 2

    Date  **August 29, 2024**             Date  **August 29, 2024**

<table>
<tr><td colspan="2">

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kenneth William Dunphy** |
| Debtor 2 (Spouse, if filing) | **Linda Marie Dunphy** |
| United States Bankruptcy Court for the: | District of Arizona |
| Case number (if known) | |

</td><td>

Check one box only as directed in this form and in Form 122A-1Supp:

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not evade the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 2,155.36 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 2,666.17 | | |
| Ordinary and necessary operating expenses | -$ 4,849.66 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | **Copy here ->** $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 **Copy here ->** | $ 0.00 | $ 0.00 |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|---|

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................................$ 0.00

For your spouse................................................$ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | | |
|---|---|---|
| . _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00  +  $ 2,155.36  =  $ 2,155.36

**Total current monthly income**

<table>
<tr><td>**Part 2:**</td><td>**Determine Whether the Means Test Applies to You**</td></tr>
</table>

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......................................................**Copy line 11 here=>**   $ 2,155.36

Multiply by 12 (the number of months in a year)   **x** 12

12b. The result is your annual income for this part of the form   12b. $ 25,864.28

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **AZ**

Fill in the number of people in your household.   **2**

Fill in the median family income for your state and size of household. ......................................................   13. $ 83,660.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

<table>
<tr><td>**Part 3:**</td><td>**Sign Below**</td></tr>
</table>

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Kenneth William Dunphy**          X **/s/ Linda Marie Dunphy**
**Kenneth William Dunphy**                **Linda Marie Dunphy**
Signature of Debtor 1                     Signature of Debtor 2

Date  **August 29, 2024**                          Date  **August 29, 2024**
     MM / DD  / YYYY                                  MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2024** to **07/31/2024**.

### Line 5 - Income from the operation of a business, profession, or farm
Source of Income: **Sunland Home LLC**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **02/2024** | **$1,170.00** | **$7,715.00** | **$-6,545.00** |
| 5 Months Ago: | **03/2024** | **$2,469.00** | **$4,603.00** | **$-2,134.00** |
| 4 Months Ago: | **04/2024** | **$1,385.00** | **$3,634.00** | **$-2,249.00** |
| 3 Months Ago: | **05/2024** | **$893.00** | **$2,900.00** | **$-2,007.00** |
| 2 Months Ago: | **06/2024** | **$496.00** | **$5,980.00** | **$-5,484.00** |
| Last Month: | **07/2024** | **$188.00** | **$2,242.00** | **$-2,054.00** |
| | Average per month: | **$1,100.17** | **$4,512.33** | |
| | | | Average Monthly NET Income: | **$-3,412.17** |

### Line 5 - Income from the operation of a business, profession, or farm
Source of Income: **Kenneth Dunphy sole proprietor DBA Cold Nose Creations**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **02/2024** | **$0.00** | **$0.00** | **$0.00** |
| 5 Months Ago: | **03/2024** | **$0.00** | **$32.00** | **$-32.00** |
| 4 Months Ago: | **04/2024** | **$581.00** | **$255.00** | **$326.00** |
| 3 Months Ago: | **05/2024** | **$615.00** | **$254.00** | **$361.00** |
| 2 Months Ago: | **06/2024** | **$973.00** | **$609.00** | **$364.00** |
| Last Month: | **07/2024** | **$1,585.00** | **$874.00** | **$711.00** |
| | Average per month: | **$625.67** | **$337.33** | |
| | | | Average Monthly NET Income: | **$288.33** |

### Line 5 - Income from the operation of a business, profession, or farm
Source of Income: **Distributions from Sunland Home LLC**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **02/2024** | **$1,042.00** | **$0.00** | **$1,042.00** |
| 5 Months Ago: | **03/2024** | **$0.00** | **$0.00** | **$0.00** |
| 4 Months Ago: | **04/2024** | **$600.00** | **$0.00** | **$600.00** |
| 3 Months Ago: | **05/2024** | **$1,800.00** | **$0.00** | **$1,800.00** |
| 2 Months Ago: | **06/2024** | **$1,550.00** | **$0.00** | **$1,550.00** |
| Last Month: | **07/2024** | **$650.00** | **$0.00** | **$650.00** |
| | Average per month: | **$940.33** | **$0.00** | |
| | | | Average Monthly NET Income: | **$940.33** |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **02/01/2024** to **07/31/2024**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer: Geico**
Constant income of **$2,155.36** per month.*

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document     Page 94 of 106

**\*Paycheck Details:**

**Geico**

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|------|---------|----------|-------|-------|-----------|
| **7/18/2024** | **11,336.00** | **0.00** | **674.48** | **828.03** | **9,833.49** |
| **7/30/2024** | **1,596.14** | **0.00** | **162.68** | **137.00** | **1,296.46** |
| Totals: | **12,932.14** | **0.00** | **837.16** | **965.03** | **11,129.95** |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)                                                                                          page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

Case 4:24-bk-07265-SHG    Doc 1    Filed 08/29/24    Entered 08/29/24 20:13:10    Desc
Main Document      Page 96 of 106

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $571   | administrative fee |
|   | $1,738 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | | |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $78   | administrative fee |
|   | $278  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | | |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $78   | administrative fee |
|   | $313  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                                              Best Case Bankruptcy

# United States Bankruptcy Court
### District of Arizona

In re   **Kenneth William Dunphy**
      **Linda Marie Dunphy**

Case No. _____

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ..................................................... $      **7,500.00**

     Prior to the filing of this statement I have received ...................................... $      **7,500.00**

     Balance Due ..................................................................................................... $      **0.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor      ☒ Other (specify):    **Debtor 1 father**

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
         **Consultation, preparation of Voluntary Petition, Statements and Schedules; attendance at 341 hearing, case monitoring through entry of discharge injunction and closing order.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Completing and filing reaffirmation agreements, filing and/or defending and any and all motions or adversary proceedings, mortgage modifications, pursuing a student loan discharge through bankruptcy or otherwise.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 29, 2024**
*Date*

**/s/ Stephen Trezza**
**Stephen Trezza 014682**
*Signature of Attorney*
**Trezza Law**
**4011 E. Broadway Blvd. #200**
**Tucson, AZ 85711**
**(520) 327-4800   Fax: (520) 327-4802**
**attorney7335@gmail.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Arizona

In re   **Kenneth William Dunphy**
     **Linda Marie Dunphy**

Debtor(s)

Case No. _____

Chapter   **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

We, **Kenneth William Dunphy and Linda Marie Dunphy** , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **5** page(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **August 29, 2024**

**/s/ Kenneth William Dunphy**
**Kenneth William Dunphy**
Signature of Debtor

Date:   **August 29, 2024**

**/s/ Linda Marie Dunphy**
**Linda Marie Dunphy**
Signature of Debtor

Date:   **August 29, 2024**

**/s/ Stephen Trezza**
Signature of Attorney
**Stephen Trezza 014682**
**Trezza Law**
**4011 E. Broadway Blvd. #200**
**Tucson, AZ 85711**
**(520) 327-4800 Fax: (520) 327-4802**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

```
Adolfo Pedroza
1864 W. Chardonnay Dr
Tucson, AZ 85746


Amazon
PO Box 80726
Seattle, WA 98108


Amazon
PO Box 15298
Wilmington, DE 19850


American Coradius International
2420 Sweet Home RD Ste 150
Buffalo, NY 14228


American Coradius International LLC
2420 Sweet Home Rd Suite 260
Buffalo, NY 14228


American Coradius International LLC
2420 Sweet Home Rd Suite 150
Buffalo, NY 14228


American Financial Management, Inc
5500 Pearl Street, Suite 250
Des Plaines, IL 60018


Amex
PO Box 981537
El Paso, TX 79998-1537


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


Artenobre
ARTENOBRE INDÚSTRIA E COMÉRCIO DE COUROS
RUA ADALBERTO VALADARES, 148


Bank of America
PO Box 982238
El Paso, TX 79998-2238


Bank of America
PO Box 15796
Wilmington, DE 19886


Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413
```

Bank of America
PO Box 982238
El Paso, TX 79998-2238


Bank of America
PO Box 15796
Wilmington, DE 19886


Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413


Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413


Bank of America
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420-6012


Blaze International
10505 Bennett Pkwy Ste 200
Zionsville, IN 46077


Braintree Payment Solutions LLC
1811 West North Avenue
Chicago, IL 60622


Bureaus Investment Group Portfolio No.15
650 Dundee Rd., Ste 370
Northbrook, IL 60062


Capital One/ Cabela's
PO Box 60519
City of Industry, CA 91716


Cartens, Inc
PO Box 334
Burlington, WA 98233


Chase Card Services
PO Box 15369
Wilmington, DE 19850-5369


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298


Citibank/Sears
PO Box 6217
Sioux Falls, SD 57117-6217

Citibank/Sears
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Crook's Designs, LLC
3237 East 45th St.
Tucson, AZ 85713


CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


Earthview, Inc.
6800 N. Camino Martin #166
Tucson, AZ 85741


Equus Management Company
2410 West Ruthrauf Rd Suite 110
Tucson, AZ 85705


Equus Management Company AZ LLC
2410 West Ruthrauff Road Suite 110
Tucson, AZ 85705


Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228


Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228


Goldman Sachs Bank USA/ Marcus
P.O. Box 45400
Salt Lake City, UT 84145


Grasshopper
PO Box 50264
Los Angeles, CA 90074


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Ironcraft, Inc
9773 W. Calle Anasazi
Tucson, AZ 85735


Ironwood Industries
568 East Bridger Ln
Payson, UT 84651

```
Ironwood Industries, Inc
568 East Bridger Ln
Payson, UT 84651


Newrez LLC
PO Box 650840
Dallas, TX 75262


Online Leather Commercial LTDA
RUA DA REPÚBLICA, Nº 345
BAIRRO 25 DE JULHO IVOTI / RS / BRAZIL C


Pay Pal
2211 N 1st Street
San Jose, CA 95131


Pay Pal
2211 N 1st St,
San Jose, CA 95131


Pay Pal Working Capital
P.O. Box 45950
Omaha, NE 68145


Pegasus Tucson Owner LLC
PO Box 743231
Los Angeles, CA 90074


Pnc Mortgage
PO Box 8703
Dayton, OH 45401-8703


Pnc Mortgage
Attn: Bankruptcy
8177 Washington Church Rd
Dayton, OH 45458-1703


Presson Corporation
2410 West Ruthrauff Rd Suite 110
Tucson, AZ 85705


Presson Corporation
PO Box 44290
Phoenix, AZ 85064


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Shellpoint Mortgage Servicing
55 Beattie Pl
Greenville, SC 29601-2165
```

Shellpoint Mortgage Servicing
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603-0826


Shopify, Inc
151 O'Connor St., Ground Floor151 O'Conn
Ottawa, ON K2P 2L8


Synovus Bank
PO Box 31293
Salt Lake City, UT 84131-0293


Synovus Bank
Attn: Bankruptcy
1111 Bay Ave
Columbus, GA 31901-5218


The Hartford
PO Box 660916
Dallas, TX 75266


Uline
PO Box 88741
Chicago, IL 60680


UPS
P.O.BOX 650116
Dallas, TX 75265


Vantage West Credit Union
2480 N Arcadia Ave
Tucson, AZ 85712-5735


Vantage West Credit Union
Attn: Bankruptcy
PO Box 15115
Tucson, AZ 85708-0115


Wf Bank NA
PO Box 393
Minneapolis, MN 55480-0393


Wf Bank NA
Attn: Bankruptcy
PO Box 14517
Des Moines, IA 50306-3517


Zwicker & Assocs
1225 W Washington Street Ste 124
Tempe, AZ 85288